

Miscellaneous

Compare to other sites

site statistics | audience profiles | subdomains (45)

Unique Visitors vs Compare Second Metric

7D 30D 3M 6M 1Y 2Y

Save Graph Image | Export CSV | Embed Graph | Permalink

**Adobe Flash player 8 or higher is required to view graphs on Compete.com**

Click here to download and install the latest version of the Flash player.

## Monthly Normalized Metrics / April 2011

| Unique Visitors | Visits | Page Views | Compete Rank |
|---|---|---|---|
| 11,513,830 + 5 . 2 2 | 64,229,821 + 5 . 3 6 | Only available with pro | 96 + 5 |
| Average Stay | Visits / Person | Pages / Visit | Attention |
| Only available with pro | Only available with pro | Only available with pro | Only available with pro |

## Daily Traffic / 05.11.11

Reach

Only available with pro

Attention

Only available with pro

## Compete Demographics / April 2011

Age: 18-24, 25-34, 35-44, 45-54, 55-64, 65-plus — Only available with: pro Advanced

Income: under-30k, 30-60k, 60-100k, 100k-plus — Only available with: pro Advanced

Gender: male, female — Only available with: pro Advanced

## Site Description

No Site Description available

powered by zoominfo

## Referral Analytics pro

Show Destination Sites

| Referral Sites | |
|---|---|
| unique referring sites: | 17,319 |
| sites sending more traffic: | 13,447 |
| sites sending less traffic: | 3,950 |
| unique referring categories: | 200 |

see all referring traffic

## Search Analytics pro

| Keyword | Search Share |
|---|---|
| xhamster | 26.66% |
| xhamster.com | 3.24% |
| xhampster | 2.53% |
| free porn | 2.05% |
| x hamster | 1.85% |

see all 56,640 keywords with PRO

## Tags

There are no tags for this site. Be the first.

© 2000 - 2011 Compete, Inc - Terms of Service - Privacy Policy

Web2PDF
converted by Web2PDFConvert.com