

**Welcome to xHamster's partnership program!**

xHamster gives you opportunity to earn money sending visitors to our site. We pay up to $2,00 per 1000 unique visitors.

**How it works?**
- Add your site
- Grab out thumbs, links to galleries or RSS feeds
- Add our content to your site
- Start earning money
- We pay via Paxum, Paypal, Webmoney, Ecoin or Wire Transfer

**How to get started?**
Send us urls of your sites to get invitation to our partnership program!

xHamster.com © 2011

**Log In**

User Name: 
Password: 

[Log In]

converted by Web2PDFConvert.com