Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa

| | |
|---|---|
| Fraserside IP LLC, | ) |
| _____ | ) |
| *Plaintiff* | ) |
| | ) Civil Action No.  C 11-3025 – M W B |
| v. | ) |
| | ) |
| Who Is Guard, dba X Hamster.com | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WHO IS GUARD, dba X Hamster.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 30 days if you are the State of Iowa — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____05/24/2011_____                 _____

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  11-cv-3025-MWB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   WhoIsGuard, dba XHamster.com

was received by me on *(date)*          06/02/2011          .

❑  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*  WhoIsGuard, dba XHamster.com was served via substituted service, by leaving copies of
the service documents in the presence of John Meyers, the person in charge of the
business, on 6/28/11, at 10:46 AM.

My fees are $ _____ for travel and $   89.00   for services, for a total of $   89.00   .

I declare under penalty of perjury that this information is true.

Date:      06/29/2011          _____
*Server's signature*

Nelson Tucker, Process Server
*Printed name and title*

Process Service Network
20832 Roscoe Blvd., Suite 106
Winnetka, CA 91306
*Server's address*

Additional information regarding attempted service, etc:

Addess of service:
8939 S. Sepulveda Blvd., #110-732
Westchester, CA 90045-3631

Served: 6/28/11, at 10:46 AM