Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

Fraserside IP LLC, )
_____ )
Plaintiff )
)
v. ) Civil Action No. C 11-3025 – MWB
)
Who Is Guard, dba XHamster.com )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WHO IS GUARD, dba XHamster.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 30 days if you are the State of Iowa — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  05/24/2011
_____
Signature of Clerk or Deputy Clerk

Civil Action No. 11-cv-3025-MWB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WhoIsGuard, dba XHamster.com
was received by me on *(date)* 06/02/2011 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: WhoIsGuard, dba XHamster.com was served via substituted service, by leaving copies of the service documents in the presence of John Meyers, the person in charge of the business, on 6/28/11, at 10:46 AM.

My fees are $ _____ for travel and $ 89.00 for services, for a total of $ 89.00 .

I declare under penalty of perjury that this information is true.

Date: 06/29/2011

*Server's signature*

Nelson Tucker, Process Server
*Printed name and title*

Process Service Network
20832 Roscoe Blvd., Suite 106
Winnetka, CA 91306
*Server's address*

Additional information regarding attempted service, etc:

Addess of service:
8939 S. Sepulveda Blvd., #110-732
Westchester, CA 90045-3631

Served: 6/28/11, at 10:46 AM