UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>  An Iowa Limited Liability Company<br><br>        vs.<br><br>WhoIsGuard dba www.XHamster.com, and John Does 1 – 100 and John Doe Companies 1 - 100 | No. cv-11-3025 MWB<br><br>**MOTION FOR CLERKS ENTRY OF DEFAULT** |

Plaintiff, Fraserside IP LLC ("Plaintiff") respectfully submits this request in support of its Motion for Clerks's Entry of Default against Defendant(s) WhoIsGuard, dba XHamster.com, and John Does 1 – 100 and John Doe Companies 1 – 100. ("Defendants")

Plaintiff hereby requests that the Clerk of the Court for the Northern District of Iowa Central Division enter Default in this matter against Defendants, pursuant to Federal Rule of Civil Procedure 55(1) on the grounds that said Defendants have failed to respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

On the twenty-eighth day of June, 2011 Defendant was served the Summons and Complaint in this matter. (see Service of Process attached) . An attorney claiming to represent Defendant XHamster.com acknowledged service in a letter to Plaintiff's

counsel July 14, 2011, however said attorney claimed that the publicly disclosed owner of the domain, as required by the rules of internet domain registration and further rules requiring that the publicly disclosed owner of the domain be responsible for the domain, was not the proper party to serve and thus claimed service was improper. (See Attached Letter to Attorney Belville). Defendant may raise this issue by resisting a Motion for Default, however at this time by all rules service has been properly completed and this matter should proceed.

Defendant's responsive pleading became due twenty days later with an additional three days for delivery by mail or July 22, 2011. Defendants have not filed a pleading in response to the complaint as of July 29, 2011. (Belville Afft.)

Further, Plaintiff certifies that Defendant(s) is not under any physical or legal disability nor is he in the military service of the United States of America.

The above-stated facts are set forth in the accompanying Affidavit of Chad L. Belville, filed herewith.

Respectfully submitted this 29 day of July, 2011.

                By: /s/ Chad L. Belville
                Chad Belville, Attorney at Law
                Admitted to Colorado District Court
                304 East Beth Drive
                Phoenix, AZ 85042

                P.O. Box 17879
                Phoenix, AZ 85066
                Telephone: 480-203-5861
                FAX: 602-297-6953
                E-mail cbelville@azbar.org
                ATTORNEY FOR PLAINTIFF