UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FRASERSIDE IP LLC,
　　An Iowa Limited Liability Company

vs.

WhoIsGuard, dba XHamster.com and John Does
1 – 100 and John Doe Companies 1 - 100

No. cv-11-3025 MWB

**AFFIDAVIT OF CHAD L. BELVILLE IN SUPPORT OF MOTION FOR ENTRY OF DEFUALT**

I, Chad L. Belville, being duly sworn, state as follows:

1. I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were filed on May 24, 2011

3. Defendants were served with a copy of the summons and complaint on June 28, 2011 as reflected on the docket sheet by the proof of service filed henceforth.

4. An answer to the complaint was due on July 22, 2011

5. Defendants have failed to appear, plead or otherwise defend within the time allowed and, therefore, are now in default.

6. Plaintiff requests that the clerk of court enter default against the defendants.

                                                                    Chad L. Belville
                                                                    Attorney for Plaintiff

Sworn to and subscribed before me this __29___ day of July, 2011.

Notary Public State of Arizona
My Commission Expires:



STATE OF ARIZONA
COUNTY OF MARICOPA } ss.

This instrument was acknowledged before me this 29TH day of July, 2011, by CHAD L. BELVILLE
In witness whereof I herewith set my hand and official seal
_____, NOTARY PUBLIC.

JUAN A SANCHEZ
Notary Public - Arizona
Maricopa County
My Commission Expires
April 12, 2015