# BOSTON LAW GROUP, PC

### ATTORNEYS AT LAW

825 BEACON STREET, SUITE 20
NEWTON CENTRE, MASSACHUSETTS 02459

Main (617) 928-1800                                                                                          Fax (617) 928-1802

July 14, 2011

Chad Belville, Esq.
304 East Beth Drive
Phoenix, AZ 85042

        **RE:**    **FRASERSIDE IP, LLC v. WhoIsGuard, dba XHampster .com, et al**
                **No. 11-cv-03025-MWB**

Dear Mr. Belville:

Please be advised that this office has been retained by xHamster.com in connection with the above-referenced lawsuit brought by Fraserside IP, LLC in the Northern District of Iowa. In our review of the Federal Court's docket, we have noticed that you have submitted to the Court a return of service in which you represent to the Court that service has been made on xHamster.com by "alternative means," namely service on one "John Myers" of WhoisGuard.

You assert also that WhoisGuard is doing business as xHamster.com. Nothing could be further from the truth – as even the most minimal of investigations (as required under Fed. R. Civ. P. 11) – would have revealed to you. WhoisGuard is a company that enables persons registering domain names to do so without having all of their contact information detailed in the Whois registry databases. According to WhoisGuard's website, every person who registers their domain name through www.namecheap.com receives free WhoisGuard protection. According to my research, WhoisGuard provides this service to more than 135,000 domains (including xHamster.com). Other than the fact that WhoisGuard is listed in the whois registry, it has no connection whatsoever with xHamster.com.

You might want to think of WhoisGuard like the United States Post Office, which provides (for a fee) post office boxes to businesses. You have, then, sued the Post Office because you noticed that someone has an address listing a P.O. Box. Although I do not represent WhoisGuard, I imagine that they will have a wonderful argument for the recovery of their fees if they are required to defend this matter in any way.

In any event, and in accordance with the provisions of Fed. R. Civ. P. 11, I am hereby giving you written notice and an opportunity to withdraw your return of service since it is painfully obvious that xHamster.com has not been served. Please note that I am NOT authorized to accept service on xHamster.com's behalf, though you should feel free to serve them in accordance with the Hague Convention. If xHamster.com is required to incur any legal costs as a result of your improperly informing the Court that service has been effectuated, I will be required to file a motion for sanctions under Rule 11.

Thank you for your attention to this matter. Please confirm to me in writing that you will be withdrawing your return of service and that you will not be attempting to seek a default against xHamster.com, which has not been served.

Sincerely,

Val Gurvits