IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| FRASERSIDE IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 11-3025 |
| | ) | |
| vs. | ) | DEFAULT ENTRY |
| | ) | |
| WHOISGUARD d/b/a XHamster.com; JOHN | ) | |
| DOES 1-100; JOHN DOE COMPANIES 1-100. | ) | |
| | ) | |
| Defendant. | | |

On this 1st day of August, 2011, it appearing from the record and affidavit filed in the said cause that the defendants, WhoIsGuard d/b/a XHamster.com, John Does 1-100 and John Doe Companies 1-100, are in default.

IT IS ORDERED AND ADJUDGED that the default of said defendants be and hereby is accordingly entered.

ROBERT L. PHLEPS, Clerk
U.S. District Court Northern District of Iowa

By: _____
Deputy Clerk