## UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>An Iowa Limited Liability Company<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WhoIsGuard, dba<br>XHamster.com, and John Does 1 - 100<br>and John Doe Companies 1 - 100<br><br>　　　　Defendant(s). | No.  3:11-cv-03025-MWB<br><br>**MOTION FOR DEFAULT JUDGMENT** |

_____

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad L. Belville, and respectfully requests that this Court enter Default Judgment against Defendants WhoIsGuard dba www.XHamster.com.  In support of its motion, Plaintiff provides the attached Brief and Declaration.

DATED:  August 15, 2011　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:


　　　　　　　　　　　　　　　　/s/ Chad L. Belville

　　　　　　　　　　　　　　　　Chad  Belville, Attorney at Law

　　　　　　　　　　　　　　　　Iowa Bar # 015731

| | |
|---|---|
| Physical Address | 304 East Beth Drive |
| | Phoenix, AZ 85042 |
| MAILING ADDRESS: | P.O. Box 17879 |
| | Phoenix, AZ 85066 |
| | Telephone: 602-904-5485 |
| | FAX: 602-297-6953 |
| | E-mail cbelville@azbar.org |

ATTORNEY FOR PLAINTIFF

Certificate of Service:

I hereby certify that the foregoing document, along with the aforementioned Brief, Declaration, and all attachments, was placed in the United States Mail, Priority Mail, Postage PrePaid, to registered owner of the internet domain at the address where Service of Process was completed by Process Server. A copy was sent to Attorney Valentin Gurvits, who has claimed to represent the Defendant(s) but has not filed any appearance nor any pleadings in this matter.

Dated: August 15, 2011

/s/ Chad L. Belville
304 East Beth Drive
Phoenix, AZ 85042
Telephone +1 602 904 5485
Fax +1 602 297 6953
Email cbelville@azbar.org

Mailed copies to:

| | |
|---|---|
| Valentin Gurvits | WhoIsGuard dba Xhamster.com |
| 825 Beacon Street Ste 20 | 8939 S. Sepulveda Blvd #110-732 |
| Newton Centre, Massachusetts 02459 | Westchester, CA 90045 |