


xhamster.com | Whois Search | Search

| HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT |

- More Domains
- Reverse Whois
- History Details
- Get Notified
- Trademark Monitor
- Screenshot History

## Whois Record For xhamster.com

+1 | Tweet | Like

| Teen Cams | Big Tits Cams | Ebony Cams | House... |
| Lesbian Cams | Couple Cams | Latina Cams | Asia... |
| Anal Cams | Pregnant Cams | BBW Cams | Huge T... |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay... |

| Whois Record | Site Profile | Registration | Server Stats | My Whois |

Reverse Whois: **"WhoisGuard" was found in about 1,002,929 other domains**
Email Search: support@namecheap.com is associated with about **1,579,243 domains**
Registrar History: **2 registrars**
NS History: **4 changes** on **4** unique name servers over **4** years.
IP History: **12 changes** on **10** unique IP addresses over **4** years.
Whois History: **1,292 records** have been archived **since 2007-08-02**.
Reverse IP: **4 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere...
**right from your own desktop!** Download Now>





Country TLDs | General TLDs

Available domains for registration:

☐ xhamster.jp     Register 
☐ xhamster.mx    Register 
☐ xhamster.tw    Register 

Register All Selected >

**Related Results**

**Hot Stock Pick - OBJE**
Obscene Jeans & Lifestyle Brands.
Invest, Trade, Stocks.
www.ObsceneJeans.com

**Money Market Accts (MMAs)**
Find the highest yields in the US
Plus calcs, news, tips & more.
www.bankrate.com

**Mortgage Rate at 2.37%**
Get the Best Mortgage Rates.
Refinance & Lower Your Mortgage
Mortgage.LeadSteps.com

**How to "Boost" Bad Credit**
Fix bad credit. Boost your credit score using these Simple Tips
www.TheCreditSolutionProgram.com

```
Registration Service Provided By: Namecheap.com
Contact: support@namecheap.com

Visit: http://namecheap.com

Domain name: xhamster.com

Registrant Contact:
   WhoisGuard
   WhoisGuard Protected ()

   Fax:
   8939 S. Sepulveda Blvd. #110 - 732
   Westchester, CA 90045
   US

Administrative Contact:
   WhoisGuard
   WhoisGuard Protected (
   053499f6ea974b7199b91f20843bae34.protect@whoisguard.com )

   +1.6613102107
   Fax: +1.6613102107
   8939 S. Sepulveda Blvd. #110 - 732
   Westchester, CA 90045
   US

Technical Contact:
   WhoisGuard
   WhoisGuard Protected (
   053499f6ea974b7199b91f20843bae34.protect@whoisguard.com )

   +1.6613102107
   Fax: +1.6613102107
   8939 S. Sepulveda Blvd. #110 - 732
   Westchester, CA 90045
   US

Status: Locked

Name Servers:
   NS1.XHAMSTER.COM
   NS2.XHAMSTER.COM

Creation date: 02 Apr 2007 12:48:00
Expiration date: 02 Apr 2015 12:48:00
```



Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

converted by Web2PDFConvert.com