## Val Gurvits

| | |
|---|---|
| **From:** | Val Gurvits |
| **Sent:** | Thursday, August 11, 2011 3:51 PM |
| **To:** | chadknowslaw@gmail.com |
| **Cc:** | Evan Fray-Witzer (Evan@fray-witzer.com); 'Jennifer Rinden' |
| **Subject:** | xHamster |
| **Importance:** | High |

Dear Chad –

I am writing to you in the context of my representation of xHamster. As you know, Jennifer Rinden will again be serving as our local counsel in that matter and she is copied on this email, along with Evan Fray-Witzer, who will also be entering an appearance in the case.

As you know from my letter of July 14, 2011, you have named (and, you claim, served) the wrong party. WhoIsGuard has no affiliation with xHamster whatsoever. Given that you knew all of this, I was surprised to learn from the Court's docket that you nevertheless filed a Motion for Default against WhoIsGuard. I was all the more surprised that you did not provide me with a courtesy copy of your motion at the time of filing, since you knew that I would not be notified through the ECF system of the same. Indeed, since xHamster is not actually properly named, there was no way for us to oppose the motion through the ECF system.

Your proceeding down this path with the wrong named defendant is of no benefit to anyone and so I would propose the following: If Fraserside IP amends the complaint to properly name xHamster as a defendant, I will agree to accept service of process on their behalf, thereby obviating your need to make service under the Hague Convention. (Please note that xHamster is NOT waiving its right to contest jurisdiction and, indeed, intends to do so.) To avoid confusion, you would also need to remove the default as to WhoIsGuard and dismiss them out from the litigation. At that point, though, we will be able to proceed, just as we are doing in the Youngtek matter. It does your client no good to pursue a judgment against the wrong defendant and, indeed, doing so having been informed that the defendant is improperly named only creates potential consequences for you and your client.

Please let me know as soon as possible if you are amenable to this resolution of this situation. If we cannot reach a voluntary agreement on the matter, we will need to bring the situation to the Court's attention right away.

Thank you.

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com

---------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error,

please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC
tel: 617/928-1800
e-mail: info@bostonlawgroup.com