ATTACHMENT 5

SHOWING INFRINGEMENTS AS OF AUGUST 12, 2011

ANAL FREEDOM,
PA0001674266,http://xhamster.com/search.php?q=ANAL+FREEDOM+&qcat=video;

ANAL MERMAIDS PA0001670905

http://xhamster.com/search.php?q=ANAL+MERMAIDS&qcat=video

BEAUTIES IN THE TROPIX

PA0001674265

http://xhamster.com/search.php?q=BEAUTIES+IN+THE+TROPIX+&qcat=video

CARIBBEAN DREAM

PA0001670898

http://xhamster.com/search.php?q=CARIBBEAN+DREAM&length=Any&rating=Any&date=anytime&all_channels=1

http://xhamster.com/movies/701045/laura_lion_caribbean_dream_by_freebaser69.html

CLEOPATRA

PA0001676455

http://xhamster.com/search.php?q=CLEOPATRA&qcat=video

http://xhamster.com/movies/688329/beautiful_cleopatra.html

http://xhamster.com/movies/650620/cleopatra_by_bayonetta.html

COMING OF AGE

PA0001674262

http://xhamster.com/search.php?q=COMING+OF+AGE+&length=Any&rating=Any&date=anytime&all_channels=1

http://xhamster.com/movies/435942/vintage_comming_of_age_3_of_6.html

http://xhamster.com/movies/434421/vintage_comming_of_age_1_of_6.html

http://xhamster.com/movies/439434/vintage_comming_of_age_5_of_6.html

http://xhamster.com/movies/434521/vintage_comming_of_age_2_of_6.html

http://xhamster.com/movies/435988/vintage_comming_of_age_4_of_6.html

DANGEROUS CURVES

PA0001675596

http://xhamster.com/search.php?q=DANGEROUS+CURVES&length=Any&rating=Any&date=anytime&all_channels=1

FORBIDDEN GAMES

PA0001677516

http://xhamster.com/search.php?q=FORBIDDEN+GAMES&length=Any&rating=Any&date=anytime&all_channels=1

FROM BEHIND IS OK

PA0001670896

http://xhamster.com/search.php?q=FROM+BEHIND+IS+OK&length=Any&rating=Any&date=anytime&all_channels=1

GLADIATOR

PA0001674249

http://xhamster.com/search.php?q=GLADIATOR&length=Any&rating=Any&date=anytime&all_channels=1

http://xhamster.com/movies/661773/rita_faltoyano_gladiator_scene_1.html

GUNS AND ROUGH SEX

PA0001670901

http://xhamster.com/search.php?q=guns+rough+sex&qcat=video

LADY OF THE RINGS

PA0001673381

http://xhamster.com/search.php?q=LADY+OF+THE+RINGS&qcat=video

http://xhamster.com/movies/728481/lady_of_the_rings_scene_2.html

http://xhamster.com/movies/729872/lady_of_the_rings_scene_4.html

http://xhamster.com/movies/729781/lady_of_the_rings_scene_3.html

http://xhamster.com/movies/725931/lady_of_the_rings_scene_1.html

MILLIONAIRE

PA0001674271

http://xhamster.com/search.php?q=MILLIONAIRE+&length=Any&rating=Any&date=anytime&all_channels=1

http://xhamster.com/movies/798576/millionaire_by_joe_d_039_amato_part_3.html

http://xhamster.com/movies/798524/millionaire_by_joe_d_039_amato_part_2.html

http://xhamster.com/movies/798621/millionaire_by_joe_d_039_amato_part_4.html
http://xhamster.com/movies/798685/millionaire_by_joe_d_039_amato_part_5.html

http://xhamster.com/movies/798488/millionaire_by_joe_d_039_amato_part_1.html

PAINTBALL WARRIORS

PA0001675815

http://xhamster.com/search.php?q=PAINTBALL+WARRIORS&length=Any&rating=Any&date=anytime&all_channels=1

PARADISE ISLAND

PA0001677513

http://xhamster.com/search.php?q=PARADISE+ISLAND&length=Any&rating=Any&date=anytime&all_channels=1

PORNOLYMPICS

PA0001670614

http://xhamster.com/movies/69058/porn_olympics_bicycle_race.html

PRIVATE LIFE OF ANGELIKA

PA0001690103

http://xhamster.com/movies/368614/black_angelica.html

PSYCHOPORN

PA0001670904

http://xhamster.com/search.php?q=PSYCHOPORN&length=Any&rating=Any&date=anytime&all_channels=1

SEX & REVENGE

PA0001673421

http://xhamster.com/search.php?q=SEX+amN+REVENGE&length=Any&rating=Any&date=anytime&all_channels=1

SPREAD MY LIPS

PA0001670902

http://xhamster.com/search.php?q=SPREAD+MY+LIPS&qcat=video

TASTE OF PLEASURE

PA0001674267

http://xhamster.com/search.php?q=TASTE+OF+PLEASURE&qcat=video

TENERIFE

PA0001670897

http://xhamster.com/search.php?q=TENERIFE&length=Any&rating=Any&date=anytime&all_channels=1

XXX - CHAIN REACTION

PA0001674566

http://xhamster.com/search.php?q=CHAIN+REACTION&length=Any&rating=Any&date=anytime&all_channels=1

APOCALYPSE CLIMAX 2 - THE FINAL ECSTASY

PA0000799688

http://xhamster.com/search.php?q=APOCALYPSE+CLIMAX&length=Any&rating=Any&date=anytime&all_channels=1

AMANDA'S DIARY 4

PA0000956750

http://xhamster.com/search.php?q=AMANDA039S+DIARY&length=Any&rating=Any&date=anytime&all_channels=1

DANGEROUS THINGS - PRIVATE/PENTHOUSE MOVIE 3

PA0001001601

http://xhamster.com/search.php?q=DANGEROUS+THINGS&length=Any&rating=Any&date=anytime&all_channels=1