# UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

FRASERSIDE IP LLC,
An Iowa Limited Liability Company

    Plaintiff,

vs.

WhoIsGuard, dba
XHamster.com, and John Does 1 - 100
and John Doe Companies 1 - 100

    Defendant(s).

No. 11-cv-03025 MWB

**DECLARATION OF JASON TUCKER MOTION FOR DEFAULT JUDGMENT**

_____

I, Jason Tucker, declare under penalty of perjury that:

1.  I am a consultant and the Enforcement Officer for Plaintiff Fraserside IP LLC. I have made myself familiar with the corporate structure of Plaintiff and its parent company, sibling companies, and related entities.

2.  I have made myself familiar with the company methods, procedures, production and ownership of copyrighted materials.

3.  I have been involved in the industry of legal adult erotic entertainment production, marketing and management at an executive level for over 10 years serving for over six as President of a company that owns and licenses the worlds largest erotic library of images.

4.  I have reviewed the evidence of Infringements committed by Defendants which are outlined in the Complaint and response to the Motion to Dismiss.

5.  I can attest to all of the claims made in Plaintiff's complaint.

6.  I am personally aware of the methods utilized by Plaintiff and can attest to the facts and that Plaintiff works require and/or have required great sums of money to create detailed story lines; film in exotic locations; construct detailed and intricate sets; employ very talented writers, directors, actors, and editors; use the highest quality production equipment; and far exceed the production value of typical adult erotic entertainment.

7.  Based upon my experience and judgment, I am certain that Defendant and Defendant websites are earning both significant membership and advertising revenue utilizing Fraserside IP LLC and other unauthorized copyrighted works without compensation to the rightful copyright owners.

8.  Based upon my experience and judgment, I am certain that Defendant reproduces, reformats, and distributes unauthorized copyrighted material on its website and had not adopted any generally accepted procedures to effectively limit copyright infringement at the time infringements occurred.

9.  Based upon my experience, judgment and distributed advertising rate sheets that include site statistics, XHamster.com pages are viewed approximately 65,000,000 times per day. The pages that display any video are viewed over 30,000,000 times per day.

10. Advertising on the bottom of the main page is sold for $44,000 per month. The combined advertising found on pages that display video garner over $250,000 per month in revenue. This revenue does not account for or include the memberships being sold and recurring per month nor does it include the revenue garnered through the direction of website traffic from its video pages to other websites.

11. XHamster.com has approximately 4.7M pages indexed in Google. A typical gauge for a page's value is $.60 per month for each page indexed in Google. Using this math and dividing by two for unknown factors, XHamster should be realizing over $1M US per month.

12. Based upon my experience and judgment, I am certain that Defendant's website contains large amounts of unauthorized, copyrighted materials.

13. Having purchased, managed and sold top level adult domain names such as Erotica.com, SexSlaves.com and Wetdreams.com to name a few, I feel confident in stating that it is my professional opinion that this website and its business is worth over $20,000,000.

Signed this 14th Day of August, 2011.

_____
Jason Tucker