# UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) ) ) |
| Plaintiffs, | ) CASE NO. 11-cv-3025-MWB ) ) |
| vs. | ) ) ) |
| WHOISGUARD, dba XHAMSTER.COM and JOHN DOES 1 – 100 and JOE DOE COMPANIES 1 – 100, | ) ) ) ) |
| Defendants. | ) ) |

### LIMITED APPEARANCE OF NON-PARTY XHAMSTER.COM

COMES NOW Connie Alt and Jennifer Rinden of Shuttleworth & Ingersoll, PLC, and hereby enter their Limited Appearance of record on behalf of non-party, XHamster.com. By filing this Limited Appearance for purposes of filing a motion to file an Amicus Curiae Brief, XHamster.com does not consent to personal jurisdiction.

/s/ Connie Alt
CONNIE ALT  AT0000497
JENNIFER E. RINDEN  AT0006606
          for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:      (319) 365-9461
FAX:          (319) 365-8564
jer@shuttleworthlaw.com

ATTORNEYS FOR XHAMSTER.COM

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

<div style="border:1px solid black; padding:8px;">

**CERTIFICATE OF SERVICE**

**The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on August 23, 2011 by:**

[ X ] Electronically via ECF for ECF registrants
[  ] U.S. Mail _____
[  ] Fax _____
[  ] Fed Ex _____
[  ] Hand Delivered _____
[  ] other _____


**Anne Johnson**

</div>