UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | |
| vs. | |
| WHOISGUARD, d/b/a XHAMSTER.COM and JOHN DOES 1–100 and JOE DOE COMPANIES 1 – 100, | |
| Defendants. | |

CASE NO. 11-cv-3025-MWB

### XHAMSTER.COM'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF – EXPEDITED RELIEF REQUESTED
### ORAL ARGUMENT REQUESTED

xHamster.com, a non-party to the present litigation, moves the Court for permission to file the attached proposed Amicus Curiae Brief and in support thereof states:

1. xHamster has filed the attached brief setting forth the legal authority for the Amicus Curiae Briefing request.

2. Because the issues and facts here involve the non-party xHamster, and counsel for xHamster has information which would be of assistance to the Court and will aid in providing the Court with a complete record of facts and events, it is particularly appropriate for this Court to hear from xHamster on these matters.

3. Pursuant to LR 7(l), the undersigned has attempted to confer with counsel for Plaintiff regarding this request and has not heard back from counsel with consent at the time of this filing, despite voice mail and email communications.

WHEREFORE, xHamster.com respectfully requests that the Court grant it permission to file an Amicus Curiae Brief.

    /s/Connie Alt
CONNIE ALT          AT0000497
JENNIFER E. RINDEN    AT0006606
          for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:    (319) 365-9461
FAX:  (319) 365-8564
cma@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT
XHAMSTER.COM

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ 85066

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on August 23, 2011 by:

[ X ] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] other _____

 **Anne Johnson**