# Val Gurvits

| | |
|---|---|
| **From:** | chadknowslaw@gmail.com on behalf of Chad Belville [cbelville@azbar.org] |
| **Sent:** | Monday, July 18, 2011 11:44 PM |
| **To:** | Val Gurvits |
| **Cc:** | Evan Fray-Witzer |
| **Subject:** | Re: FRASERSIDE IP, LLC v. WhoIsGuard, dba XHampster .com, et al, No. 11-cv-03025-MWB |

Mr. Gurvits;

I have received your letter of July 14, 2011 regarding Fraserside IP LLC v. WhoIsGuard, dba Xhamster.com et al Case No. 11-cv-03025 MWB in the United States District Court for the Northern District of Iowa.

As this is a pending matter and you hold yourself out as a lawyer representing XHamster.com, I need to be assured that as a lawyer you are complying with Iowa Ethics Rule 32:5.5 Unauthorized Practice of Law; Multijurisdictional Practice of Law. In the EMP/TNA matter you have associated yourself with local Iowa counsel and claim to have filed for pro hac vice admission so it is obvious you understand the requirements. I am not comfortable responding directly to your letter until you have taken the necessary steps to comply with Iowa's ethical rules.

Sincerely,

Chad Belville

On Thu, Jul 14, 2011 at 1:20 PM, Val Gurvits <gurvits@bostonlawgroup.com> wrote:

> Dear Chad,
>
> In connection with the above-referenced action, please see the attached correspondence.
>
> Thank you for your attention to the foregoing.
>
> Val Gurvits
>
> Boston Law Group, PC

825 Beacon Street, Suite 20

Newton Centre, MA 02459

(617) 928-1804 direct

(617) 928-1800 main

(617) 928-1802 fax

vgurvits@bostonlawgroup.com

------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC

tel: 617/928-1800

e-mail: info@bostonlawgroup.com

--
Chad Belville
PO Box 17879
Phoenix, AZ 85011
FAX 602-297-6953
Licensed in Iowa and Arizona;
Federal Districts of Arizona, Colorado and the Northern District of Iowa;
The 9th Circuit Court of Appeals and the 10th Circuit Court of Appeals
The United States Supreme Court

IMPORTANT NOTICE: THIS COMMUNICATION MAY BE PRIVILEGED OR CONFIDENTIAL. This message is intended only for the the person to whom it is directed. If you are not the intended recipient, do not copy, forward, or distribute this message. If you received this message in error, please immediately delete it from your system and contact the attorney at the phone number above.