UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP, LLC,<br>    Plaintiff,<br><br>v.<br><br>WhoIsGuard d/b/a xHamster.com<br>and John Does 1-100 and<br>John Doe Companies 1-100,<br>    Defendants. | No. CV-11-3025-MWB |

## AFFIDAVIT OF VALENTIN GURVITS

Valentin Gurvits, being duly sworn, does hereby depose and state:

1. My name is Valentin Gurvits. Unless otherwise stated, I make this affidavit of my own personal knowledge. I am an attorney licensed to practice in the Commonwealth of Massachusetts.

2. I represent xHamster.com ("xHamster").

3. xHamster has no corporate affiliation with WhoIsGuard.com ("WhoIsGuard").

4. WhoIsGuard is a vendor to xHampseter - it provides services to xHamster designed to hide xHamster's information from spammers.

5. On or about August 15, 2011, my firm informed WhoIsGuard's attorney, Eugene Rome, of the above-captioned lawsuit. Attorney Rome indicated that this was the first he had heard of the present lawsuit.

6. Attorney Rome informed me that as soon as he learned of the present action (and two others commenced by Fraserside, improperly naming WhoIsGuard as a defendant), he

contacted Fraserside's counsel and provided him with the contact information for the proper defendants.

7. Attorney Rome informed me that although counsel for Fraserside agreed to amend Fraserside IP's *other* complaints, he refused to amend the complaint in the present case to name the proper defendant.

8. Attorney Rome informed me that (a) he has endeavored to explain to Fraserside's counsel that WhoIsGuard has been improperly named, (b) he gave Fraserside's counsel until 5 p.m. PST on August 23, 2011 to dismiss WhoisGuard and name the proper party, and (c) that he will file a motion to set aside default if that deadline is not met.

Signed under the pains and penalties of perjury this 23rd day of August, 2011.

_____
Valentin Gurvits, Esq.