# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WHOISGUARD, d/b/a XHAMSTER.COM and John Does 1-100 and John Doe Companies 1-100,<br><br>　　　　Defendants. | No. C11-3025-MWB<br><br>**ORDER** |

　　　Xhamster.com's motion (Doc. No. 14) for leave to file Amicus Curiae brief will come on for telephonic hearing on **August 25, 2011, at 1:30 p.m.** The court will initiate the conference call.

　　　**IT IS SO ORDERED.**

　　　**DATED** this 24th day of August, 2011.

*(signature)*
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT