# UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) ) ) |
|    Plaintiffs, | ) ) |
| vs. | ) ) |
| WHOISGUARD, d/b/a XHAMSTER.COM and JOHN DOES 1 – 100 and JOE DOE COMPANIES 1 – 100, | ) ) ) ) |
|    Defendants | ) ) |

CASE NO.  11-cv-03025-MWB


MOTION FOR ADMISSION PRO
HAC VICE

Evan Fray-Witzer, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant XHamster.com and states that he is a member in good standing of the bar of the United States District Court for the District of Massachusetts and the Supreme Judicial Court (highest court) of the State of Massachusetts, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Evan Fray-Witzer further states that he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Connie Alt and Jennifer Rinden, attorneys who have  been admitted to the bar of this district under LR 83.1.b and .c and who have entered an Appearance in this case.

**The Certificate of Good Standing required by Administrative Order No. 10-AO-4-P is attached.**

XHamster.com

By its attorneys,

/s/Evan Fray-Witzer
Evan Fray-Witzer, *pro hac vice pending*
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Phone: (617) 723-5630
Fax: (617) 507-8043
E-MAIL: Evan@CFWLegal.com


/s/Connie Alt
CONNIE ALT               AT0000497
                for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:      (319) 365-9461
FAX:        (319) 365-8564
E-MAIL: cma@shuttleworthlaw.com


/s/ Jennifer E. Rinden
JENNIFER E. RINDEN    AT0006606
                for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:      (319) 365-9461
FAX:        (319) 365-8564
E-MAIL: jer@shuttleworthlaw.com

Copy to:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

<div style="border: 1px solid black;">

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy
of this document was served upon counsel of
record for each party to the action in compliance
with FRCP 5 on August 24, 2011 by:

[ x ] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] other _____


**Anne Johnson**_____

</div>