UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) ) ) |
| Plaintiffs, | ) CASE NO. 11-cv-03025-MWB ) ) |
| vs. | ) MOTION FOR ADMISSION PRO ) HAC VICE |
| WHOISGUARD, dba XHAMSTER.COM and JOHN DOES 1 – 100 and JOE DOE COMPANIES 1 – 100, | ) ) ) ) |
| Defendants | ) |

Valentin Gurvits, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant XHamster.com and states that he is a member in good standing of the bar of the United States District Court for the District of Massachusetts and the Supreme Judicial Court of the Commonwealth of Massachusetts, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Valentin Gurvits further states that he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Connie Alt and Jennifer Rinden, attorneys who have been admitted to the bar of this district under LR 83.1.b and .c and who have entered an Appearance in this case.

**The Certificate of Good Standing required by Administrative Order No. 10-AO-4-P is attached.**

XHamster.com

By its attorneys,

/s/Valentin Gurvits_____
Valentin Gurvits, *pro hac vice pending*
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA 02459
BBO # 643572
Phone: (617) 928-1800
Fax: (617) 928-1802
e-mail: vgurvits@bostonlawgroup.com



/s/Connie Alt_____
CONNIE ALT              AT0000497
           for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:      (319) 365-9461
FAX:        (319) 365-8564
E-MAIL: cma@shuttleworthlaw.com


/s/ Jennifer E. Rinden_____
JENNIFER E. RINDEN    AT0006606
           for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:      (319) 365-9461
FAX:        (319) 365-8564
E-MAIL: jer@shuttleworthlaw.com

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on August 24, 2011 by:

[ x ] Electronically via ECF for ECF registrants
[  ] U.S. Mail _____
[  ] Fax _____
[  ] Fed Ex _____
[  ] Hand Delivered _____
[  ] other _____


    **Anne Johnson**_____