IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHOISGUARD, d/b/a XHAMSTER.COM )<br>and JOHN DOES 1-100 and JOE DOE )<br>COMPANIES 1-100, )<br>)<br>Defendants. ) | CASE NO. 11-cv-3025-MWB<br><br>APPEARANCE WITH<br>RESERVATION OF DEFENSES |

      Vernon P. Squires of Bradley & Riley PC hereby files his Appearance with Reservation of Defenses on behalf of Defendant Namecheap, Inc. d/b/a WhoisGuard, improperly sued as WhoIsGuard, d/b/a XHamster.Com. This Appearance is filed solely for the purpose of addressing pending default proceedings and requesting to participate in the telephone hearing scheduled for August 25, 2011 on XHamster.Com's Motion to File Amicus Curiae Brief. Namecheap, Inc. reserves all defenses identified in Federal Rule of Civil Procedure Rule 12, including but not limited to insufficiency of process.

/s/ Vernon P. Squires
　　　　　　　　　　　　　　　　　　　　　　VERNON P. SQUIRES (#LI0014929)
　　　　　　　　　　　　　　　　　　　　　　　　　　of
　　　　　　　　　　　　　　　　　　　　　　BRADLEY & RILEY PC
　　　　　　　　　　　　　　　　　　　　　　2007 First Avenue SE
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 2804
　　　　　　　　　　　　　　　　　　　　　　Cedar Rapids, IA  52406-2804
　　　　　　　　　　　　　　　　　　　　　　Phone: (319) 363-0101
　　　　　　　　　　　　　　　　　　　　　　Direct Dial: (319) 861-8726
　　　　　　　　　　　　　　　　　　　　　　Fax:     (319) 363-9824
　　　　　　　　　　　　　　　　　　　　　　Email:  vsquires@bradleyriley.com

　　　　　　　　　　　　　　　　　　　　　　*ATTORNEYS FOR THE DEFENDANT*
　　　　　　　　　　　　　　　　　　　　　　*NAMECHEAP, INC.*

Copy to:

Connie Alt
Jennifer E. Rinden
Shuttleworth & Ingersoll, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA  52406

*Attorneys for xHamster.com*

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

　　　　　CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this 24th day of August 2011.  I declare under penalty of perjury that  the foregoing is true and correct.

　　　　　　　　　　　　/s/ Janet Privratsky