IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, ) ) ) | |
| Plaintiff, ) ) | No. C 11-3025 |
| vs. ) ) | ORDER ON PRO HAC VICE MOTION |
| WHOISGUARD, d/b/a XHAMSTER.COM and JOHN DOES 1-100 and JOHN DOE COMPANIES 1-100, ) ) ) ) | |
| Defendants. ) | |

Upon unresisted application and pursuant to Administrative Order 1213[1], it is

**ORDERED**

That the motions to appear pro hac vice (docket numbers 16 and 17) are granted. Attorneys Evan Fray-Witzer and Valentin Gurvits are admitted to practice in the Northern District of Iowa on behalf of Defendant xHamster.com.

DATED August 25, 2011.

ROBERT L. PHELPS, Clerk
U.S. District Court
Northern District of Iowa

By: _____
Deputy Clerk

---

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.