IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) ) ) | |
| | ) | CASE NO. 11-cv-3025-MWB |
| Plaintiff, | ) | |
| | ) | DEFENDANT NAMECHEAP, INC.'S |
| v. | ) | MOTION TO SET ASIDE THE ENTRY OF |
| | ) | DEFAULT PURSUANT TO FRCP 55(c); |
| WHOISGUARD, d/b/a XHAMSTER.COM | ) | MEMORANDUM OF POINTS AND |
| and JOHN DOES 1-100 and JOE DOE | ) | AUTHORITIES IN SUPPORT THEREOF |
| COMPANIES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 55(c), Defendant Namecheap, Inc.

d.b.a. WhoIsGuard ("Namecheap") (erroneously sued as WhoIsGuard d.b.a. XHamster.com) by

and through its attorneys, moves for an order setting aside the default against it by Plaintiff

Fraserside IP LLC ("Plaintiff"). Good cause exists to grant this motion as (1) service of the

summons and complaint was improper and did not meet Federal Rule of Civil Procedure 4's

service requirements; (2) Namecheap was not blameworthy or culpable for being in default; (3)

Namecheap has a meritorious defense; and (4) Plaintiff will not suffer any prejudice if the

default is set aside. This Motion is made and based upon the papers, records, and pleadings on

file in this case, the Declarations of Sergio Hernandez and Eugene Rome, respectively, and the

Memorandum of Points and Authorities filed and served with this Motion.

{01106773.DOC}

/s/ Vernon P. Squires
                                         VERNON P. SQUIRES (#LI0014929)
                                               of
                                         BRADLEY & RILEY PC
                                         2007 First Avenue SE
                                         P.O. Box 2804
                                         Cedar Rapids, IA  52406-2804
                                         Phone: (319) 363-0101
                                         Direct Dial: (319) 861-8702
                                         Fax:    (319) 363-9824
                                         Email: vsquires@bradleyriley.com

                                         *ATTORNEYS FOR THE DEFENDANT*
                                         *NAMECHEAP, INC. d/b/a WHOISGUARD*
                                         *(erroneously sued as WHOISGUARD d/b/a*
                                         *XHAMSTER.COM*

Copy to:

Connie Alt
Jennifer E. Rinden
Shuttleworth & Ingersoll, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA  52406

*Attorneys for xHamster.com*

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

*Attorneys for Plaintiff*
*Fraserside IP LLC*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy
of this document was served upon the persons listed
on this document at the addresses indicated by CM/ECF
electronic notification or by enclosing the same in an
envelope with postage fully paid and by depositing said
envelope in a United States Post Office depository this
25th day of August 2011.  I declare under penalty of
perjury that  the foregoing is true and correct.

                         */s/ Janet Privratsky*