IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | )<br>)<br>) CASE NO. 11-cv-3025-MWB |
| Plaintiff, | )<br>) |
| v. | ) **DECLARATION OF SERGIO**<br>) **HERNANDEZ**<br>) |
| WHOISGUARD, d/b/a XHAMSTER.COM and JOHN DOES 1-100 and JOE DOE COMPANIES 1-100, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DECLARATION OF SERGIO HERNANDEZ

I, Sergio Hernandez, declare as follows:

1. I am operations manager of Defendant Namecheap, Inc. d.b.a. WhoIsGuard ("Namecheap") (erroneously sued as WhoIsGuard d.b.a. XHamster.com).

2. I have personal knowledge of the facts set forth in this declaration and if caled upon to testify under oath, I could and would testify competently thereto.

3. Namecheap, a Delaware corporation, is an ICANN-Accredited domain name registrar which allows individuals and companies to register domain names through its user interface. The domain name registration process is wholly automatic and no decisions are made by Namecheap as to the rights in a particular domain at the registration stage.

4. As an additional complimentary service for new registrations, Namecheap allows its customers to register domain names privately. That is, for any domain registered, the registrant is provided the option of having Namecheap's mailing address appear in the place of

{01106533.DOC}

his or her own true information, e.g. "WhoisGuard Protected" instead of "John Doe." Such anonymous registration services are utilized for many valid purposes such as SPAM prevention and facilitation of anonymous speech.

5. Anyone wishing to ascertain the identity of the actual registrant of a domain in question can contact Namecheap at 11400 W. Olympic Blvd., Suite 200, Los Angeles, California 90064 or through its Delaware agent for service of process, Harvard Business Services, 16192 Coastal Highway, Lewes, Delaware 19958, Telephone: 302-645-7400, Facsimile: 302-645-1280. There is also a live support function: http://www.namecheap.com/support/livesupport.aspx. A "whois" domain name search for WhoisGuard.com yields the contact name and address of Namecheap.com described above. Attached hereto and incorporated herein by reference as Exhibit "A" is a true and correct copy of this Whois search.

6. What is commonly known by all involved in the domain space is that registrars do not operate or control registered domains, irrespective of whether the information appearing in the Whois database is that of the registrant or the private registration service provider.

7. Previously, Namecheap.com had a mailing address listed as 8939 S. Sepulveda Blvd., #110-732, Westchester, California 90045. This address was a P.O. Box location and not a physical address for Namecheap's office.

8. I reviewed the proof of service filed by Plaintiff Fraserside IP LLP in support of its Motion for Entry of Default papers. I have also reviewed Namecheap's employee records. There was and is no employee at Namecheap with the name "John Meyers" between the time the summons and complaint in this action were purportedly served and today.

{01106533.DOC}                                                    2

Case 3:11-cv-03025-MWB   Document 20-3   Filed 08/25/11   Page 2 of 3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of August 2011 in Los Angeles, California.

_____
Sergio Hernandez

Copy to:

Connie Alt
Jennifer E. Rinden
Shuttleworth & Ingersoll, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406

*Attorneys for xHamster.com*

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ 85066

{01106533.DOC}   3