IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

Case Number: C11-3025-MWB                                    Date: August 25, 2011

Case Title: FRASERSIDE v. WHOISGUARD

JUDGE: Honorable Paul A. Zoss

TIME IN COURT:   Start:   1:32 p.m.                          Adjourn:   1:57 p.m.

APPEARANCES:   Plaintiff:   Attorney Chad Belville
               Xhamster:    Attorneys Connie Alt and and Valentin Gurvits
               Defendant Namecheap:   Attorney Vernon Squires

Court Reporter:  Digital Recording

LOCATION/PHONE: Telephone

TYPE OF PROCEEDING:
  A.  HEARING: Hearing on motion to file Amicus Curiae Brief

MOTIONS RULED ON BY THE COURT:
   A. Docket #s:14
       (1) Ruling: Granted
       (2) Order to follow: Yes  X

Misc.:

Copies mailed to:                                            Leslie R. Walker
                                                             DEPUTY CLERK