IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FRASERSIDE IP LLC, An Iowa Limited Liability Company,

    Plaintiff,

vs.

WHOISGUARD, d/b/a XHAMSTER.COM and John Does 1-100 and John Doe Companies 1-100,

    Defendants.

No. C11-3025-MWB

**ORDER**

    This matter is before the court on xHamster.com's motion filed on August 23, 2011, for leave to file an amicus curiae brief. Doc. No. 14. On August 25, 2011, the court held a telephonic hearing at which Chad Belville appeared on behalf of the plaintiff, Connie Alt and Valentin Gurvits appeared on behalf of xHamster.com, and Vernon Squires appeared on behalf of the defendant Namecheap, Inc. The court has considered the parties' briefs and arguments at the hearing. XHamster.com's motion for leave to file an amicus curiae brief is **granted**.

    It is further ordered that the plaintiff shall file and serve on xHamster.com's counsel an amended complaint naming xHamster.com as a proper defendant **by no later than September 1, 2011**. XHamster.com shall file and serve an answer or preanswer motion within the time period prescribed within the Federal Rules of Civil Procedure. The plaintiff shall respond to the pending motion to set aside entry of default (Doc. No. 20) **by no later than September 1, 2011**.

**IT IS SO ORDERED.**

**DATED** this 25th day of August, 2011.

_____
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT