|  | **Query** | **Reports** | **Utilities** | **Logout** |  |
|---|---|---|---|---|---|

Site Map | Site Index | Quick Links    Select a link below:                                                                                                Search



# Internet Corporation for Assigned Names and Numbers



| Home | **About** | News | Policy | In Focus | Meetings | Resources | Documents | Press Room |
|---|---|---|---|---|---|---|---|---|

### About

## ICANN

**Board of Directors**

**Bylaws**

**Committees & Organizations**

**Careers**

**Factsheets**

**For First-Time Visitors**

**Frequently Asked Questions**

**General Information**

**Internet Assigned Numbers Authority (IANA)**

**Mission**

**Organizational Chart**

**President and CEO**

**Staff**

**Jon Postel
(In Memoriam)**

The global Internet community working together to promote the stability and integrity

**What is ICANN?**

The Internet Corporation for Assigned Names and Numbers (ICANN) is an internationally organiz corporation that has responsibility for Internet Protocol (IP) address space allocation, protocol ide generic (gTLD) and country code (ccTLD) Top-Level Domain name system management, and ro management functions. These services were originally performed under U.S. Government contra Assigned Numbers Authority (IANA) and other entities. ICANN now performs the IANA function.

As a private-public partnership, ICANN is dedicated to preserving the operational stability of the I competition; to achieving broad representation of global Internet communities; and to developing mission through bottom-up, consensus-based processes.

**What is the Domain Name System?**

The Domain Name System (DNS) helps users find their way around the Internet. Every computer unique address called its "IP address" (Internet Protocol address). Because IP addresses (which are hard to remember, the DNS allows a familiar string of letters (the "domain name") to be used typing "192.0.34.163," you can type "www.icann.org."

**What is ICANN's Role?**

ICANN is responsible for coordinating the management of the technical elements of the DNS to e resolvability so that all users of the Internet can find all valid addresses. It does this by overseein unique technical identifiers used in the Internet's operations, and delegation of Top-Level Domain .info, etc.).

Other issues of concern to Internet users, such as the rules for financial transactions, Internet co commercial email (spam), and data protection are outside the range of ICANN's mission of techn

**How does ICANN work?**

Within ICANN's structure, governments and international treaty organizations work in partnership organizations, and skilled individuals involved in building and sustaining the global Internet. Innov growth of the Internet bring forth new challenges for maintaining stability. Working collectively, IC address those issues that directly concern ICANN's mission of technical coordination. Consistent maximum self-regulation in the high-tech economy, ICANN is perhaps the foremost example of c various constituents of the Internet community.

ICANN is governed by an internationally diverse Board of Directors overseeing the policy develop President directs an international staff, working from three continents, who ensure that ICANN me