# alexa
The Web Information Company

Home | Site Tools | Top Sites | **Site Info** | What's Hot | Toolbar



FREE Download the Alexa Toolbar

**xhamster.com**
Xhamster.com

[Search]

**Ads by Google**

**Submit Your Site To Manta**
Advertise Your Business For Free. Be Found. Get Leads. 100% Free!
www.Manta.com

**Dating Site - Free Photos**
Online Dating at Match.com Browse Profiles & Pics for Free!
Match.com

**Total Network Visibility**
Monitor 1G & 10G segments with fewer tools
APCON.com

**5,000,000 Opt-in Users**
100% Opt-in Audience that has the Highest Response Rates, Guaranteed!
www.optinlistmarketing.com

You may be interested in...

| | Query | Activity |
|---|---|---|
| 1 | Free Porn | |
| 2 | Porn | |
| 3 | Video Downloader | |
| 4 | Freeporn | |
| 5 | Hamster | |
| 6 | Videos | |
| 7 | Free Video | |
| 8 | Hampster | |
| 9 | Massage | |
| 10 | Flowers | |

There are 55 sites with a better three-month global Alexa traffic rank than Xhamster.com. While we estimate that 20% of the site's visitors are in the US, where it is ranked #55, it is also popular in Turkey, where it is ranked #25. The site has a bounce rate of about 19% (i.e., 19% of visits consist of only one pageview). Compared with internet averages, Xhamster.com appeals more to men; its visitors also tend to consist of childless, low-income users browsing from home and school who are not college graduates. Visitors to the site spend about 49 seconds on each pageview and a total of twelve minutes on the site during each visit.



14 Reviews | 56 Alexa Traffic Rank | 55 Traffic Rank in US | 2,855 Sites Linking In

Traffic Stats | **Search Analytics** | Audience | Contact Info | Reviews | Related Links | Clickstream

## Search Traffic

The percentage of site visits from search engines.



| Period | Percent of Site Traffic |
|---|---|
| Last 30 days | 10% |
| Last 7 days | 9.9% |
| Yesterday | 9.7% |

## Top Queries from Search Traffic

The top queries driving traffic to xhamster.com from search engines. Updated monthly.

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | xhamster | 52.38% |
| 2 | x hamster | 2.86% |
| 3 | xhamster.com | 1.37% |
| 4 | xhamsters | 0.77% |
| 5 | xhampster | 0.75% |
| 6 | hamster x | 0.45% |
| 7 | bbw | 0.25% |
| 8 | hamster | 0.22% |
| 9 | www.xhamster.com | 0.18% |
| 10 | xhamter | 0.17% |

**High Impact Search Queries for Xhamster.com**

| | Query | Impact |
|---|---|---|
| 1 | porn | High |
| 2 | hamster | High |
| 3 | free porn | High |
| 4 | bbw | High |
| 5 | xhamsters | High |
| 6 | xham | Medium |
| 7 | xhmaster | Low |

View the complete Search Analytics

**Keyword Research Tool - Find More Keywords**    *Sponsored Links*
Identify which keywords are searched for, which keywords drive the most traffic and what the PPC bids are using Trellian's KeywordDiscovery.com keyword tool.

## Search Traffic on the Rise and Decline

The top queries from search engines driving relatively more/less traffic to xhamster.com in the current month than the previous month. Updated monthly.

| | Search Query | 1 Month Increase | | Search Query | 1 Month Decline |
|---|---|---|---|---|---|
| 1 | porn | 0.52% | 1 | xhamster | 1.93% |
| 2 | xhmaster | 0.10% | 2 | x hamster | 0.26% |
| 3 | xmaster | 0.05% | 3 | xhamster.com | 0.15% |
| 4 | hamster | 0.04% | 4 | hamster porno | 0.10% |
| 5 | hamsterx | 0.04% | 5 | hamster porn | 0.10% |
| 6 | turkish porn | 0.03% | 6 | xhamsters | 0.09% |
| 7 | free video porn | 0.03% | 7 | free porn | 0.08% |
| 8 | sex arab | 0.02% | 8 | xhampster | 0.06% |
| 9 | bbw | 0.02% | 9 | hamster x | 0.05% |

**Top Search Queries for Xhamster.com**

| | | | |
|---|---|---|---|
| 10 | upskirt | | 0.02% |

| | | | |
|---|---|---|---|
| 10 | 3d hentai | | 0.04% |

| Query | Percent of Search Traffic |
|---|---|
| 1 xhamster | 52.38% |
| 2 x hamster | 2.86% |
| 3 xhamster.com | 1.37% |
| 4 xhamsters | 0.77% |
| 5 xhampster | 0.75% |
| 6 hamster x | 0.45% |
| 7 bbw | 0.25% |

View the complete Search Analytics

## Search Advertising Metrics Highlights

Data provided by iSpionage. Visit iSpionage to discover additional information metrics for xhamster.com.

| Last Month Stats (Estimated) | |
|---|---|
| PPC Budget | N/A |
| Last Month Clicks | N/A |
| Avg. Ad Position | N/A |
| Google PPC Keywords | N/A |
| Yahoo PPC Keywords | N/A |




Advertiser: xhamster.com



Wayback Machine
See how Xhamster.com looked in the past

Like xhamster.com? Download the Alexa toolbar and access exclusive analytics content.

您现在可以在Alexa中文官方网站cn.alexa.com上获取xhamster.com的网站流量信息。

## High Impact Search Queries for xhamster.com

Popular queries that are relevant to this site and are actively targeted by competitors advertising on search engines. Click on queries below to discover who is advertising for these queries.

| Query | Impact Factor | Query Popularity | QCI |
|---|---|---|---|
| porn | 22.41 | 77 | 26 |
| hamster | 12.79 | 53 | 17 |
| free porn | 11.91 | 70 | 33 |
| bbw | 8.04 | 55 | 37 |
| xhamsters | 6.40 | 52 | 10 |
| xham | 2.61 | 37 | 55 |
| xhmaster | 1.71 | 45 | 10 |
| freeporn | 1.50 | 62 | 26 |
| videos | 1.44 | 57 | 31 |
| vintage | 1.39 | 50 | 32 |
| sex | 1.05 | 77 | 30 |
| hamsterx | 0.95 | 40 | 10 |
| free video | 0.92 | 40 | 40 |
| hamster porno | 0.72 | 38 | 10 |
| hampster porn | 0.68 | 35 | 10 |
| free porno | 0.64 | 56 | 23 |
| hidden cam | 0.63 | 40 | 25 |
| porno vintage | 0.62 | 31 | 40 |
| x hamester | 0.58 | 32 | 30 |
| hentai | 0.58 | 66 | 32 |
| blow jobs | 0.57 | 38 | 37 |
| hamster video | 0.53 | 34 | 13 |
| hamsters | 0.52 | 35 | 24 |
| x video | 0.47 | 53 | 21 |
| russian | 0.45 | 45 | 34 |
| xhamster | 0.43 | 78 | 12 |
| hamster xxx | 0.43 | 33 | 10 |
| beach voyeur | 0.43 | 36 | 10 |
| hampster | 0.42 | 29 | 25 |
| blowjobs | 0.41 | 41 | 34 |

## Search Engine Marketing (SEM) Activity by xhamster.com

Ads for xhamster.com have appeared on major search engines when people performed the queries below. Click on the queries below to discover more information.

No data available for xhamster.com

## Search Engine Marketing (SEM) Opportunities for xhamster.com

Queries that provide opportunities for this site to advertise through Search Engine Marketing (SEM) to get more traffic. They are popular queries that are relevant to the site, and have low competition in search engine marketing. Learn More

converted by Web2PDFConvert.com

| Query | SEM opportunity | Query Popularity | QCI |
|---|---|---|---|
| google wave | 0.54 | 77 | 11 |
| badjojo | 0.51 | 67 | 10 |
| 2012 | 0.51 | 73 | 32 |
| feliz navidad | 0.51 | 48 | 12 |
| tony hsieh | 0.51 | 56 | 20 |
| quick start | 1.23 | 25 | 15 |
| clarks | | | 45 |
| yellow pages | 0.50 | 68 | 27 |
| free music | 0.49 | 52 | 59 |
| radio stations | 0.48 | 44 | 55 |
| songs | 0.46 | 50 | 47 |
| new songs | 0.46 | 44 | 33 |
| betsey johnson | 1.11 | 44 | 37 |
| jack spade | 1.09 | 36 | 34 |
| time in | 4.74 | 22 | 10 |
| statistics for | 4.12 | 2 | 10 |
| tutorial | 3.59 | 49 | 12 |
| episodes | 3.46 | 33 | 18 |
| digitalpoint | 3.29 | 50 | 12 |
| ip whois | 3.21 | 49 | 12 |
| counter strike | 2.87 | 58 | 17 |
| maktoob | 2.87 | 47 | 12 |


Install the free Alexa Toolbar to join our information community and get access to this feature.
Install the Toolbar Now

THE 2011 HYUNDAI AZERA.
It's a great time to save.
Visit your local Hyundai dealer.

Company — About, Jobs, Advertise on Alexa
Help — Help System, Tour
Alexa Tools for Site Owners — Get a Site Audit for your site, Create a Custom Toolbar, Edit your site listing
Related Services — Sell on Amazon, Free Website Content, Amazon Web Services
Download the Alexa Toolbar!
Privacy Policy | Terms of Use
©Alexa Internet, Inc.
An amazon.com company