# xHamster - just porn, no bullshit

Sign Up | Login

Paysites in panic - xHamster launched FREE adult dating!

[Search box] Video [Search]

| Video | Pictures | Stories | Games | Dating | Chat | Live Sex | Premium |

Fresh Porn Videos • Channels • Top Rated • Recommended for Me • My Favorite Videos • My Videos • Mobile Videos • Upload Video!

**Free Fuck Network**

Join Free and Find a Fuckbuddy That Shares Your Kink. Get Fucked tonight.

**Unsatisfied Wives**

Millions of lonely housewifes looking for discreet sex. Find one near you and start a

**Sex Parties in your City**

Contact other men, women and couples enjoying sex parties in your city. Free trial.

**Unsatisfied Wives**

Millions of lonely housewifes looking for discreet sex. Find one near you and start a

## Channels

- Amateur
- Anal
- Asian
- BBW
- BDSM
- Beach
- Big Boobs
- Bisexuals
- Black and Ebony
- Blowjobs
- British
- Cartoons
- Celebrities
- Cream Pie
- Cuckold
- Cumshots
- Female Choice ♀
- Femdom
- Flashing
- French
- Gays
- German
- Grannies
- Group Sex
- Hairy
- Handjobs
- Hidden Cams
- Interracial
- Japanese
- Latin
- Lesbians
- Massage
- Men
- Masturbation

## New Porn Videos every 15 minutes!

Sort by: Date Added | View Count | Rating

### May 13, 2011


**Hard pussy and tit torture**
Runtime: 60m53s
just added


**Sexy blonde slave ass punished**
Runtime: 5m50s
just added


**Sex on red sofa**
Runtime: 8m25s
Views: 2,178
XXXX


**BabyFace (1977) - Teo69**
Runtime: 105m16s
Views: 2,182
XXXX


**Cumshot on asian milfs face**
Runtime: 5m42s
Views: 3,334
XXXX


**pregnant slutwife dirty96 assfucked and dildoing**
Runtime: 11m12s
Views: 5,147
XXX


**roommate2**
Runtime: 33m55s
Views: 8,966
XXXX


**Nina Hartley - Porn legend**
Runtime: 23m4s
Views: 6,814
XXXXX


**Homemade Creampie Compilation**
Runtime: 6m2s
Views: 29,342
XXXX


**Karina titfuck**
Runtime: 10m32s
Views: 17,504
XXXX


**Hollywood Vice Part 2 - Teo69**
Runtime: 41m43s
Views: 14,569
XXXX


**Taylor's Cruel Smoking Cocktease**
Runtime: 19m21s
Views: 8,265
XXXX


**Blond Femdom with strapon**
Runtime: 22m54s
Views: 9,219
XXXX


**Teen stripping and playing with herself**
Runtime: 28m36s
Views: 11,280
XXXX


**German Cumshot Classiker**
Runtime: 11m54s
Views: 15,232
XXXX


**Redhead masturbates**
Runtime: 10m4s
Views: 25,669
XXXX


**Kou Minefuji scene 4**
Runtime: 33m40s
Views: 6,159
XXXX


**Leah Jaye Sucks**
Runtime: 16m2s
Views: 5,411
XXXX


**This is Why I Love JO!!!!!**
Runtime: 27m51s
Views: 16,921
XXXXX


**Nautica Thorn Interracial**
Runtime: 27m2s
Views: 9,067
XXXXX

- Matures
- MILFs
- Old+Young
- Public Nudity
- Sex Toys
- Shemales
- Stockings
- Squirting
- Swingers
- Teens
- Upskirts
- Vintage
- Voyeur
- Webcams
- All Channels »

**Video Rankings**
- Top Rated
- Most Viewed
- Most Commented
- 50 Newest Videos

**User Rankings**
- Top Uploaders
- Top Speakers


**Super Hot Chubby Blonde Eats A Hairy Asshole**
Runtime: 22m38s
Views: 11,859


**black cock for katie**
Runtime: 26m53s
Views: 15,937


**Natalia Rossi anal sex**
Runtime: 46m12s
Views: 24,980


**great girl masturbating on bed**
Runtime: 8m23s
Views: 11,011


**Hottest Bbw Gangbang ever**
Runtime: 53m29s
Views: 18,090


**some head**
Runtime: 28m6s
Views: 7,319


**homemade sextape**
Runtime: 6m19s
Views: 32,349


**Young Lesbian Slumber Party 1-2 xLx**
Runtime: 61m30s
Views: 10,866


**Sperm Viking 3 Part 6**
Runtime: 9m30s
Views: 13,431


**Taylor St. Claire totally in your face**
Runtime: 7m43s
Views: 12,339


**Teen working her pussy with a deodorant**
Runtime: 6m32s
Views: 5,478


**This escort girl offers her body to two guy**
Runtime: 11m29s
Views: 20,990


**cum on her feet**
Runtime: 12m14s
Views: 14,023


**This bitch enjoyed it**
Runtime: 6m0s
Views: 71,764


**Petite Brunette Nicky**
Runtime: 20m58s
Views: 15,075


**Black Angelica - LC06**
Runtime: 19m38s
Views: 10,024

[Remove All Banners]

1  2  3  4  5  6  7  8  9  10  11  ...  4521  4522  Next




· xHamster Mobile · xHamster's Blog · Terms of Use · Privacy Policy · DMCA · Parental Control · Support · Contact · Webmasters · **Bookmark Us!**

© 2007-2011 xHamster.com - Daily Free Porn Videos!



Case 3:11-cv-03025-MWB   Document 24-3   Filed 08/29/11   Page 2 of 2

converted by Web2PDFConvert.com