UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, )<br>    An Iowa Limited Liability Company )<br>)<br>vs. )<br>)<br>)<br>Hammy Media Ltd. dba www.xhamster.com , )<br>and www.xhamster.com and John )<br>Does 1 - 100 and John Doe )<br>Companies 1 - 100 ) | No. cv-11-3025   MWB<br><br>MOTION TO<br>  DISMISS<br>WHOISGUARD |

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad L. Belville, and Defendant WhoIsGuard by and through its counsel, Vernon P. Squires, and MOVE TO DISMISS WhoIsGuard from the above-captioned complaint with prejudice.

The Parties stipulate to the dismissal with prejudice as to Defendant WhoIsGuard, also known as NameCheap d/b/a WhoIsGuard, only.  The case shall continue with respect to the other Defendants in the action.

Each party to pay its own costs.


DATED:  August 31, 2011                                       Respectfully submitted,

                                                                                    By:

                                                                                    /s/ Chad L. Belville

                                                                                    Chad  Belville, Attorney at Law
                                                                                    Iowa Bar # 015731
Physical Address                                                    304 East Beth Drive
                                                                                    Phoenix, AZ 85042

| | |
|---|---|
| MAILING ADDRESS | PO Box 17879 |
| | Phoenix, AZ 85011 |
| | cbelville@azbar.org |
| | 602-904-5485 |
| | FAX 602-297-6953 |
| | ATTORNEY FOR PLAINTIFF |

/s/ Vernon P. Squires

Vernon P. Squires  (#LI0014929)
Bradley & Riley PC
Attorneys & Counselors
2007 First Ave SE
PO Box 2804
Cedar Rapids, Iowa 52406-2804
Phone:  (319) 363-0101
Fax:   (319) 363-9824
Email: vsquires@bradelyriley.com
Attorneys for Defendant
NameCheap, Inc. d/b/a WhoIsGuard

Certificate of Service

The undersigned certifies that this document was served on all interested parties at the addresses listed for ECF filing notification on the same date as filing.

/s/ Chad Belville