IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>WHOISGUARD, d/b/a XHAMSTER.COM and John Does 1-100 and John Doe Companies 1-100,<br><br>    Defendants. | No. C11-3025-MWB<br><br>**ORDER** |

No timely resistance has been filed to defendant Namecheap, Inc.'s motion (Doc. No. 20) to set aside the entry of default pursuant to FRCP 55( c); therefore, the motion is **granted**.

The plaintiff's motion (Doc. No. 12) for default judgment is **denied**.

**IT IS SO ORDERED.**

**DATED** this 6th day of September, 2011.

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT