# UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>An Iowa Limited Liability Company<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Hammy Media Ltd, dba XHamster.com, and www.xhamster.com, and John Does 1 - 100 and<br>John Doe Companies 1 - 100<br><br>　　　　Defendant(s). | No. 3:11-cv-03025-MWB<br><br>**CERTIFICATE OF SERVICE** |

_____

I, Chad Belville, declare under penalty of perjury that:

I am retained counsel for Plaintiff Fraserside IP LLC. On August 29, 2011, I electronically filed Second Amended Complaint in the above-captioned matter.

During a telephonic hearing August 26, 2011, Attorney Valetin Gurvits, representing Hammy Media Ltd. d/b/a Xhamster.com stated on the record he would accept service on behalf of Defendants Hammy Media Ltd., d/b/a Xhamster.com.

Attorney Gurvits has been admitted pro hac vice and has been included in the electronic filing distribution list since prior to the August 26, 2011 hearing and is indicated as being a recipient for the August 29, 2011 filing of the Second Amended Complaint.

Service upon Defendants Hammy Media Ltd. d/b/a Xhamster.com was therefore completed August 29, 2011.

Dated this 15th of September, 2011　　　　/s/ Chad L. Belville
　　　　　　　　　　　　　　　　　　　　Chad L. Belville
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff