UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| Fraserside IP, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Hammy Media, Ltd., d/b/a xHamster.com | ) | Docket No. 11-3025-MWB |
| www.xHamster.com, | ) | |
| John Does 1-100 and John Doe | ) | |
| Companies 1-100, | ) | |
| Defendants. | ) | |

### DEFENDANT XHAMSTER SOLUTIONS, LTD.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6), Defendant Hammy Media, Ltd d/b/a xHamster.com ("xHamster") respectfully moves for the dismissal of the Plaintiff's complaint in its entirety. As grounds for this Motion, xHamster states that:

1. xHamster is not subject to personal jurisdiction in Iowa and, as such, the Complaint must be dismissed pursuant to Fed. R. Civ. P. 12(b)(2);

2. The Plaintiff, Fraserside IP, LLC ("Fraserside IP") is not the registrant or owner of any of the copyrights or trademarks at issue and therefore has no standing to bring the present action. Accordingly, the Complaint must be dismissed pursuant to either Fed. R. Civ. P. 12(b)(1) or 12(b)(6);[1] and

---

[1] The Plaintiff's claims arise under the federal Copyright and Trademark laws. If it does not have standing to bring such claims, then there are no claims over which this court would have subject matter jurisdiction. Alternatively, the dismissal could be under Fed. R. Civ. P. 12(b)(6), since the Fraserside IP's lack of standing also means that it has failed to state a claim upon which relief may be granted.

3. Fraserside IP's claims fail as a matter of law since it has failed to allege sufficient facts to remove xHamster from the safe harbor to which it is entitled under the Digital Millennium Copyright Act.

In further support of this Motion, xHamster relies on the accompanying memorandum of law.

Respectfully submitted,
xHamster Solutions, Ltd.
By its attorneys,

/s/Evan Fray-Witzer
Evan Fray-Witzer, *pro hac vice*
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 723-5630
Evan@CFWLegal.com

/s/Valentin Gurvits
Valentin Gurvits, *pro hac vice*
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
 (617) 928-1804
vgurvits@bostonlawgroup.com

/s/Jennifer E. Rinden
Connie Alt                AT0000497
Jennifer E. Rinden        AT0006606
        for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:      (319) 365-9461
FAX:        (319) 365-8564
jer@shuttleworthlaw.com

ECF CERTIFICATE OF SERVICE

I, Jennifer E. Rinden, hereby certify that on September 19, 2011, a copy of the above document was served on Chad Bellville, attorney for the plaintiff, through the Court's ECF system in accordance with FRCP 5.

/s/ Jennifer E. Rinden

3

Case 3:11-cv-03025-MWB   Document 34   Filed 09/19/11   Page 3 of 3