# HardXXXTube.com on Private's Infringement List



Friday, July 15, 2011
By Rhett Pardon

CEDAR RAPIDS, Iowa — Hungary-based Netvertising Ltd., which was hit earlier this week with a suit by Private Media Group, has been socked again.

Netvertising and its operators, Richard Szeles and Laslo Racz, were sued today by Private for allegedly posting infringing videos on the company's HardXXXTube.com site. On Wednesday, Netvertising was sued by Private over alleged infringement on HardSexTube.com.

Private spokesman Jason Tucker told XBIZ that the HardXXXTube.com complaint says the suit claims 58 acts of infringement and is seeking $8.7 million plus attorneys fees and transfer of the company's domain name to Private's Fraserside IP division, which waged the suit.

The suit, like its other tube site suits, names its John Doe advertising business partners, including webmaster program affiliates, as well.

According to Alexa, HardXXXTube.com's  traffic rank is 1,067,361, but the site has a relatively good traffic rank in the city of Budapest.

Tucker said that with three copyright suits filed against infringing tube sites just this week, the Barcelona-based adult entertainment company plans on filing more in the near future.

"We're not going to slow down," Tucker said. "We have five more coming up and five more after that."

Since November, Private's Fraserside IP division has waged nine copyright suits against porn tube sites; so far, four of them have been dismissed and likely have been settled. Those four dismissed suits include complaints against the operators of JizzBo.com, JizzOnline.com, YouJizz.com, JizzHut.com and Slutload.com.

[-] close window

Case 3:11-cv-03025-MWB   Document 34-6   Filed 09/19/11   Page 1 of 1