# Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Hammy Media, Ltd.

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** xHamster.com

**Address of Service Provider:** 135 Arch. Makarios III Ave., Emelle Building 4th Floor, Limassol, 3508 Cyprus

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Lawrence G. Walters, Esquire

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
195 W. Pine Ave., Longwood, FL 32750

**Telephone Number of Designated Agent:** (407) 975-9150

**Facsimile Number of Designated Agent:** (407) 774-6151

**Email Address of Designated Agent:** help@xhamster.com

Signature of Officer or Representative of the Designating Service Provider: 
**Date:** 06/23/2011

**Typed or Printed Name and Title:** Lawrence G. Walters, Esquire

Note: This Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

162673132

Received

Copyright Office