

Register Login Help

🔍 Search for more    [ Search ]

xhamster.com
Xhamster.com

This site is unclaimed. Claim this Site

There are 58 sites with a better three-month global Alexa traffic rank than Xhamster.com. While we estimate that 21% of the site's visitors are in the US, where it is ranked #53, it is also popular...

Show More

| 59 Global Rank | Rank in US | 5,575 Sites Linking In | ★★★★ 15 Reviews |

Traffic Stats | Search Analytics | Audience | Contact Info | Reviews | Related Links | Clickstream

## Audience Demographics for Xhamster.com

Relative to **the general internet population** how popular is xhamster.com with each audience below?









## Advanced Demographics for xhamster.com

Audience breakdown by income, ethnicity, age, education, gender, children and browsing location.



Download the FREE Alexa Toolbar

FULL SAIL UNIVERSITY.
Internet Marketing
Bachelor's & Master's Degree
Online
LEARN TO BE A
WEB TRAFFIC CONTROLLER
SEO VIRAL ANALYTICS
LEARN MORE

Advertise with Alexa

### High Impact Search Queries for Xhamster.com

| Query | Impact |
| --- | --- |
| 1 | hamster | High |
| 2 | porn | High |
| 3 | free porn | High |
| 4 | xhamsters | High |
| 5 | bbw | High |
| 6 | xham | Medium |
| 7 | xhmaster | Medium |

View the complete Search Analytics



Adobe Creative Suite 5.5 Design Premium

Create rich digital publications for iPad, Xoom™, PlayBook™, and more

Free download





AdChoices ▷

**Optimize** your search traffic with Alexa **Search Analytics!**

Optimize Now!

## Visitors by Country for Xhamster.com

| Country | Percent of Visitors |
|---------|---------------------|
| 🇺🇸 United States | 20.6% |
| 🇩🇪 Germany | 8.0% |
| 🇯🇵 Japan | 6.2% |
| 🇮🇳 India | 5.7% |
| 🇬🇧 United Kingdom | 4.6% |
| 🇮🇹 Italy | 4.3% |
| 🇫🇷 France | 4.2% |
| 🇹🇷 Turkey | 3.2% |
| 🇷🇺 Russia | 2.5% |
| 🇨🇦 Canada | 2.4% |



### Top Search Queries for Xhamster.com

| | Query | Percent of Search Traffic |
|---|-------|---------------------------|
| 1 | xhamster | 59.66% |
| 2 | x hamster | 2.78% |
| 3 | xhamster.com | 1.33% |
| 4 | xhamsters | 0.93% |
| 5 | xhampster | 0.71% |
| 6 | hamster x | 0.46% |
| 7 | hamster | 0.40% |

View the complete Search Analytics



Wayback Machine
See how Xhamster.com looked in the past

Like xhamster.com? Download the Alexa toolbar and access exclusive analytics content.

您 在可以在Alexa中 官方网站cn.alexa.com上 取xhamster.com的网站流量信 。

---

**Company**
About
Jobs
Advertise on Alexa

**Help**
Help System
Tour

**Alexa Tools for Site Owners**
Get a Site Audit for your site
Create a Custom Toolbar
Edit your site listing

**Related Services**
Free Website Content
Make money with Alexa

Download the Alexa Toolbar!
Privacy Policy | Terms of Use
© Alexa Internet, Inc.
An amazon.com company