UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| Fraserside IP, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
|  | ) | |
| Hammy Media, Ltd., d/b/a xHamster.com | ) | Docket No. 11-3025-MWB |
| www.xHamster.com, | ) | |
| John Does 1-100 and John Doe | ) | |
| Companies 1-100, | ) | |
| Defendants. | ) | |
|  | ) | |

**AFFIDAVIT OF MARDIROS HALADJIAN**

Mardiros Haladjian, being duly sworn, does hereby depose and state:

1.      My name is Mardiros Haladjian.  Unless otherwise stated, I make this affidavit of my own personal knowledge.

2.      I am a Director of Hammy Media, Ltd d/b/a xHamster.com ("xHamster").

3.      xHamster has no offices in Iowa, no telephone number in Iowa, no employees in Iowa, and no agent for service of process in Iowa.

4.      xHamster does not advertise in Iowa.

5.      To the best of my knowledge, no xHamster officer or director has ever visited Iowa.

6.      xHamster does not have or maintain any servers in Iowa.

7.      xHamster has an agent for the service of takedown notices, pursuant to the Digital Millennium Copyright Act ("DMCA").  I am informed that our DMCA agent has never received any takedown notices from the plaintiff Frasierside IP.

Signed under the pains and penalties of perjury this 19th day of September, 2011.

_____

Mardiros Haladjian, Director
Hammy Media, Ltd., d/b/a xHamster.com

Case 3:11-cv-23025-MWB  Document 35-1  Filed 09/19/11  Page 2 of 2