WebVoyage Titles

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Fraserside
Search Results: Displaying 1 through 69 of 69 entries.



**Resort results by:**

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | Fraserside Hlodings LTD | Forbidden Games. | PA0001677516 | 2003 |
| [ 2 ] | fraserside holding Ltd | Paintball Warriors. | PA0001675815 | 2006 |
| [ 3 ] | fraserside holding ltd | Private life of jennifer love vol.2. | PA0001690102 | 2009 |
| [ 4 ] | Fraserside Holdings Limited | CLEOPATRA. | PA0001676455 | 2003 |
| [ 5 ] | Fraserside Holdings Limited | Open Invitation: A Real Swingers Party in San Francisco. | PA0001689245 | 2010 |
| [ 6 ] | Fraserside Holdings Ltd | All Girl Fight Club. | PA0001714615 | 2010 |
| [ 7 ] | fraserside holdings Ltd | All you need is sex. | PA0001670900 | 2006 |
| [ 8 ] | Fraserside Holdings, Ltd. | ANAL FREEDOM. | PA0001674266 | 2005 |
| [ 9 ] | fraserside holdings Ltd | Anal lolitas. | PA0001670894 | 2003 |
| [ 10 ] | fraserside holdings Ltd | Anal Mermaids. | PA0001670905 | 2004 |
| [ 11 ] | Fraserside Holdings, Ltd. | ART CORE. | PA0001674499 | 2005 |
| [ 12 ] | Fraserside Holdings, Ltd. | BEAUTIES IN THE TROPIX. | PA0001674265 | 2005 |
| [ 13 ] | Fraserside Holdings, Ltd. | BILLIONAIRE. | PA0001674263 | 2008 |
| [ 14 ] | fraserside Holdings Ltd | Caribbean Dream. | PA0001670898 | 2006 |
| [ 15 ] | fraserside holdings ltd | Caribbean vacation. | PA0001677489 | 2003 |
| [ 16 ] | Fraserside Holdings, Ltd. | COMING OF AGE. | PA0001674262 | 2005 |
| [ 17 ] | fraserside holdings LTD | Dangerous curves. | PA0001675596 | 2003 |
| [ 18 ] | fraserside holdings LTD | Dangerous things 2. | PA0001675595 | 2000 |
| [ 19 ] | Fraserside holdings Ltd | Dominatrix chess gambit. | PA0001670899 | 2001 |
| [ 20 ] | Fraserside Holdings LTD | Fatal Orchid 2. | PA0001675598 | 1999 |
| [ 21 ] | fraserside holdings Ltd | From behind is ok. | PA0001670896 | 2001 |
| [ 22 ] | fraserside holdings Ltd | Girls of desire. | PA0001670895 | 2003 |
| [ 23 ] | Fraserside Holdings, Ltd | GLADIATOR. | PA0001674249 | 2002 |
| [ 24 ] | Fraserside Holdings, Ltd. | GLADIATOR II - IN THE CITY OF LUST. | PA0001674246 | 2002 |
| [ 25 ] | Fraserside Holdings, Ltd. | GLADIATOR III - SEXUAL CONQUEST. | PA0001674245 | 2002 |
| [ 26 ] | Fraserside Holdings Ltd | Guns and rough sex. | PA0001670901 | 2002 |
| [ 27 ] | fraserside Holdings LTD | House of love. | PA0001675697 | 2000 |
| [ 28 ] | Fraserside Holdings, Ltd. | IBIZA SEX PARTY 5. | PA0001674244 | 2008 |
| [ 29 ] | Fraserside Holdings Ltd | Lady Of the Rings. | PA0001673381 | 2005 |
| [ 30 ] | Fraserside Holdings, Ltd. | LUST TREASURES NO. 5. | PA0001674243 | 2002 |
| [ 31 ] | Fraserside Holdings, Ltd. | LUST TREASURES NO. 8. | PA0001674247 | 2002 |
| [ 32 ] | Fraserside Holdings, Ltd. | LUST TREASURES NO. 9. | PA0001674248 | 2003 |
| [ 33 ] | Fraserside Holdings, Ltd. | MILLIONAIRE. | PA0001674271 | 2004 |
| [ 34 ] | Fraserside Holdings, Ltd. | MILLIONAIRE II. | PA0001674272 | 2004 |

| | | | | |
|---|---|---|---|---|
| [ 35 ] | fraserside holdings Ltd | Paradise Island. | PA0001677513 | 2003 |
| [ 36 ] | Fraserside Holdings, Ltd. | PIRATE FETISH MACHINE - THE FETISH GARDEN. | PA0001674498 | 2003 |
| [ 37 ] | Fraserside Holdings Ltd. | PORNOLYMPICS. | PA0001670614 | 2008 |
| [ 38 ] | Fraserside Holdings Ltd | Prime Ministers sex tape. | PA0001714650 | 2010 |
| [ 39 ] | fraserside holdings Ltd | Private life of Angelika. | PA0001690103 | 2009 |
| [ 40 ] | fraserside holdings Ltd | Private life of mandy bright. | PA0001690101 | 2009 |
| [ 41 ] | Fraserside Holdings, Ltd. | PRIVATE STORIES NO. 14 - SEX DREAM. | PA0001682800 | 2004 |
| [ 42 ] | Fraserside Holdings, Ltd. | PRIVATE STORIES NO. 15 - FOREST NYMPH. | PA0001674481 | 2005 |
| [ 43 ] | Fraserside Holdings, Ltd. | PRIVATE STORIES NO. 9 - BLUE GIRLS. | PA0001674476 | 2004 |
| [ 44 ] | Fraserside Holdings, Ltd. | PRIVATE STORY OF BOBBI EDEN. | PA0001674274 | 2004 |
| [ 45 ] | Fraserside Holdings, Ltd. | PRIVATE STORY OF SARAH O'NEAL. | PA0001674275 | 2004 |
| [ 46 ] | Fraserside Holdings, Ltd. | PRIVATE XXX - SEX, LUST & VIDEO-TAPES. | PA0001675399 | 2001 |
| [ 47 ] | Fraserside holdings Ltd | Psychoporn. | PA0001670904 | 2006 |
| [ 48 ] | Fraserside Holdings, Ltd. | SEX & REVENGE. | PA0001673421 | 2005 |
| [ 49 ] | Fraserside Holdings, Ltd. | SEX & REVENGE 2. | PA0001674465 | 2005 |
| [ 50 ] | Fraserside Holdings, Ltd. | SEX, LIES & INTERNET. | PA0001673407 | 2004 |
| [ 51 ] | Fraserside Holdings, Ltd. | SEX REBELS. | PA0001675398 | 2005 |
| [ 52 ] | Fraserside Holdings, Ltd. | SEX THRILLER. | PA0001673428 | 2005 |
| [ 53 ] | fraserside holdings Ltd | Sexy Business. | PA0001672445 | 2006 |
| [ 54 ] | fraserside holdings Ltd | Spread my lips. | PA0001670902 | 2006 |
| [ 55 ] | Fraserside Holdings, Ltd. | TASTE OF PLEASURE. | PA0001674267 | 2005 |
| [ 56 ] | Fraserside Holdings Ltd | Tenerife. | PA0001670897 | 2005 |
| [ 57 ] | Fraserside holdings Ltd | Top sex. | PA0001670903 | 2006 |
| [ 58 ] | Fraserside Holdings, Ltd. | TOTAL DESIRE. | PA0001674480 | 2001 |
| [ 59 ] | fraserside holdings ltd | Tropical heat. | PA0001677518 | 2002 |
| [ 60 ] | fraserside holdings Ltd | Tropical Twins. | PA0001670893 | 2006 |
| [ 61 ] | Fraserside Holdings, Ltd. | XXX 08. | PA0001674472 | 2000 |
| [ 62 ] | Fraserside Holdings, Ltd. | XXX 09. | PA0001674469 | 2000 |
| [ 63 ] | Fraserside Holdings, Ltd. | XXX 18 - WET DREAMS. | PA0001674270 | 2005 |
| [ 64 ] | Fraserside Holdings, Ltd. | XXX - CHAIN REACTION. | PA0001674566 | 2005 |
| [ 65 ] | Fraserside Holdings, Ltd. | XXX NO. 10. | PA0001674484 | 2001 |
| [ 66 ] | Fraserside Holdings, Ltd. | XXX NO. 11 - HIGH LEVEL SEX. | PA0001674495 | 2001 |
| [ 67 ] | Fraserside Holdings, Ltd. | XXX NO. 15. | PA0001674474 | 2005 |
| [ 68 ] | Fraserside Holdings, Ltd. | XXX NO. 17 - SEX KITTENS. | PA0001674467 | 2005 |
| [ 69 ] | Fraserside Holdings, Ltd. | YOUR TIME IS UP. | PA0001674269 | 2002 |

**Resort results by:**



| | |
|---|---|
| **Save, Print and Email (Help Page)** | |
| **Records** | Select Format:  Full Record |
| All on Page<br>Selected On Page<br>Selected all Pages | Enter your email address: |

| Search for: | Search by: | Name (Crichton Michael; Walt Disney Company) | Item type: | None |
|---|---|---|---|---|
| 100 records per page | | | | |

[Help](#)  [Search](#)  [History](#)  **Titles** [Start Over](#)

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |  [Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Milcap Media
Search Results: Displaying 1 through 100 of 100 entries.



**Resort results by:**

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | Milcap Media, Ltd. | Amanda's diary : no. 4. | PA0000956750 | 1999 |
| [ 2 ] | Milcap Media, Ltd. | Amanda's diary : no. 5. | PA0000956747 | 1999 |
| [ 3 ] | Milcap Media, Ltd. | Castings : no. 14. | PA0000948427 | 1999 |
| [ 4 ] | Milcap Media, Ltd. | Castings : no. 15. | PA0000948473 | 1999 |
| [ 5 ] | Milcap Media, Ltd. | Castings : no. 16. | PA0000776247 | 1999 |
| [ 6 ] | Milcap Media, Ltd. | Castings : no. 17. | PA0000776244 | 1999 |
| [ 7 ] | Milcap Media, Ltd. | Castings : no. 18. | PA0000984580 | 1999 |
| [ 8 ] | Milcap Media, Ltd. | Castings : no. 19. | PA0000984591 | 1999 |
| [ 9 ] | Milcap Media, Ltd. | Castings : no. 20. | PA0000990716 | 2000 |
| [ 10 ] | Milcap Media, Ltd. | Castings : no. 21. | PA0000990711 | 2000 |
| [ 11 ] | Milcap Media, Ltd. | Castings : no. 22. | PA0001001584 | 2000 |
| [ 12 ] | Milcap Media, Ltd. | Castings : no. 23. | PA0001010003 | 2000 |
| [ 13 ] | Milcap Media, Ltd. | Cum shot deluxe : no. 2. | PA0000984600 | 1999 |
| [ 14 ] | Milcap Media, Ltd. | Domestic affairs. | PA0000984595 | 1999 |
| [ 15 ] | Milcap Media, Ltd. | Double confusion. | PA0000984593 | 1999 |
| [ 16 ] | Milcap Media, Ltd. | Fetish therapy. | PA0000776233 | 1999 |
| [ 17 ] | Milcap Media, Ltd. | Gaia : no. 5. | PA0001044971 | 1998 |
| [ 18 ] | Milcap Media, Ltd. | Gaia : no. 6. | PA0001044966 | 1998 |
| [ 19 ] | Milcap Media, Ltd. | Horny housewives : no. 1. | PA0000776241 | 1999 |
| [ 20 ] | Milcap Media, Ltd. | Horny housewives : no. 2. | PA0000776248 | 1999 |
| [ 21 ] | Milcap Media, Ltd. | Horny housewives : no. 3. | PA0000984660 | 1999 |
| [ 22 ] | Milcap Media, Ltd. | Horny housewives : no. 4. | PA0000984579 | 1999 |
| [ 23 ] | Milcap Media, Ltd. | Horny housewives : no. 6. | PA0000990706 | 2000 |
| [ 24 ] | Milcap Media, Ltd. | Horny housewives : no. 7. | PA0001003423 | 2000 |
| [ 25 ] | Milcap Media, Ltd. | Horny housewives : no. 8. | PA0001001581 | 2000 |
| [ 26 ] | Milcap Media, Ltd. | Horny housewives : no. 9. | PA0001020246 | 2000 |
| [ 27 ] | Milcap Media, Ltd. | Matador. | PA0000984665 | 1999 |
| [ 28 ] | Milcap Media, Ltd. | Matador : no. 2. | PA0000984575 | 1999 |
| [ 29 ] | Milcap Media, Ltd. | Matador : no. 3. | PA0000990723 | 2000 |
| [ 30 ] | Milcap Media, Ltd. | Matador : no. 4. | PA0000990707 | 2000 |
| [ 31 ] | Milcap Media, Ltd. | Matador : no. 5, Sex trip. | PA0001003434 | 2000 |
| [ 32 ] | Milcap Media, Ltd. | Matador : no. 6, Dirty men at work. | PA0001001603 | 2000 |
| [ 33 ] | Milcap Media, Ltd. | Matador : no. 7. | PA0001020244 | 2000 |
| [ 34 ] | Milcap Media, Ltd. | My first time. | PA0000956744 | 1999 |

| [ 35 ] | Milcap Media, Ltd. | Nikky Andersson : the story. | PA0000956746 | 1999 |
|---|---|---|---|---|
| [ 36 ] | Milcap Media, Ltd. | Peepshow special : no. 1. | PA0000955893 | 1999 |
| [ 37 ] | Milcap Media, Ltd. | Peepshow special : no. 10. | PA0001009999 | 2000 |
| [ 38 ] | Milcap Media, Ltd. | Peepshow special : no. 2. | PA0000948429 | 1999 |
| [ 39 ] | Milcap Media, Ltd. | Peepshow special : no. 3. | PA0000956745 | 1999 |
| [ 40 ] | Milcap Media, Ltd. | Peepshow special : no. 4. | PA0000776118 | 1999 |
| [ 41 ] | Milcap Media, Ltd. | Peepshow special : no. 5. | PA0000984658 | 1999 |
| [ 42 ] | Milcap Media, Ltd. | Peepshow special : no. 6. | PA0000984592 | 1999 |
| [ 43 ] | Milcap Media, Ltd. | Peepshow special : no. 7. | PA0000990709 | 2000 |
| [ 44 ] | Milcap Media, Ltd. | Peepshow special : no. 8. | PA0000990703 | 2000 |
| [ 45 ] | Milcap Media, Ltd. | Peepshow special : no. 9. | PA0001001602 | 2000 |
| [ 46 ] | Milcap Media, Ltd. | Pirate video deluxe : no. 11. | PA0001020245 | 2000 |
| [ 47 ] | Milcap Media, Ltd. | Pirate video deluxe : no. 7, Tnya Hyde's London calling. | PA0000990727 | 2000 |
| [ 48 ] | Milcap Media, Ltd. | Pirate video deluxe : no. 8. | PA0000990701 | 2000 |
| [ 49 ] | Milcap Media, Ltd. | Private black label : no. 10. | PA0000984599 | 1999 |
| [ 50 ] | Milcap Media, Ltd. | Private black label : no. 11. | PA0000990705 | 2000 |
| [ 51 ] | Milcap Media, Ltd. | Private black label : no. 12, Julia. | PA0000990720 | 2000 |
| [ 52 ] | Milcap Media, Ltd. | Private black label : no. 13, Virtual sex. | PA0001001582 | 2000 |
| [ 53 ] | Milcap Media, Ltd. | Private black label : no. 14, Erica. | PA0001010005 | 2000 |
| [ 54 ] | Milcap Media, Ltd. | Private black label : no. 9, Sex shot. | PA0000984659 | 1999 |
| [ 55 ] | Milcap Media, Ltd. | Private geographic. | PA0000785464 | 1998 |
| [ 56 ] | Milcap Media, Ltd. | Private gold : no. 32. | PA0001044972 | 1998 |
| [ 57 ] | Milcap Media, Ltd. | Private gold : no. 38, Network. | PA0000984661 | 1999 |
| [ 58 ] | Milcap Media, Ltd. | Private gold : no. 40, House of love. | PA0000990722 | 2000 |
| [ 59 ] | Milcap Media, Ltd. | Private gold : no. 41, Madness. | PA0000990719 | 2000 |
| [ 60 ] | Milcap Media, Ltd. | Private gold : no. 42, Madness 2. | PA0001003430 | 2000 |
| [ 61 ] | Milcap Media, Ltd. | Private gold : no. 43, No sun, no fun. | PA0001001585 | 2000 |
| [ 62 ] | Milcap Media, Ltd. | Private gold : no. 44, Riviera. | PA0001020247 | 2000 |
| [ 63 ] | Milcap Media, Ltd. | Private movies : no. 1, Sex slider. | PA0000984688 | 1999 |
| [ 64 ] | Milcap Media, Ltd. | Private/penthouse movies : no. 1, Call girl. | PA0000990729 | 2000 |
| [ 65 ] | Milcap Media, Ltd. | Private/penthouse movies : no. 2, Fashion. | PA0001003424 | 2000 |
| [ 66 ] | Milcap Media, Ltd. | Private/penthouse movies : no. 3, Dangerous things. | PA0001001601 | 2000 |
| [ 67 ] | Milcap Media, Ltd. | Private/Penthouse movies : no. 4, Dangerous things 2. | PA0001020248 | 2000 |
| [ 68 ] | Milcap Media, Ltd. | Private special edition : no. 17, Two cocks in the same hole. | PA0000990714 | 2000 |
| [ 69 ] | Milcap Media, Ltd. | Private special edition : no. 18, Blondes on fire. | PA0000990728 | 2000 |
| [ 70 ] | Milcap Media, Ltd. | Private special edition : no. 19, Private backstage. | PA0001003435 | 2000 |
| [ 71 ] | Milcap Media, Ltd. | Private special edition : no. 20, Start your engines. | PA0001001583 | 2000 |
| [ 72 ] | Milcap Media, Ltd. | Private special edition : no. 21. | PA0001020243 | 2000 |
| [ 73 ] | Milcap Media, Ltd. | Private video deluxe : no. 10, Hell, whores and high heels. | PA0001001580 | 2000 |
| [ 74 ] | Milcap Media, Ltd. | Private video deluxe : no. 9, The bride wore black. | PA0001003431 | 2000 |
| [ 75 ] | Milcap Media, Ltd. | Rubber kiss. | PA0000776235 | 1999 |
| [ 76 ] | Milcap Media, Ltd. | Sex therapy. | PA0000776242 | 1999 |
| [ 77 ] | Milcap Media, Ltd. | Sex therapy 2. | PA0000776243 | 1999 |
| [ 78 ] | Milcap Media, Ltd. | Solid gold : no. 1. | PA0000948460 | 1999 |
| [ 79 ] | Milcap Media, Ltd. | Solid gold : no. 2. | PA0000948439 | 1999 |
| [ 80 ] | Milcap Media, Ltd. | Story : no. 2, Tania Russof. | PA0000976223 | 1999 |
| [ 81 ] | Milcap Media, Ltd. | Super fuckers special edition. | PA0000990730 | 2000 |
| [ 82 ] | Milcap Media, Ltd. | Superfuckers : no. 1. | PA0000984594 | 1999 |
| [ 83 ] | Milcap Media, Ltd. | Superfuckers : no. 2. | PA0000990734 | 2000 |
| [ 84 ] | Milcap Media, Ltd. | Superfuckers : no. 3. | PA0000990712 | 2000 |

| | | | | |
|---|---|---|---|---|
| [ 85 ] | Milcap Media, Ltd. | Superfuckers : no. 4. | PA0001001579 | 2000 |
| [ 86 ] | Milcap Media, Ltd. | Superfuckers : no. 5. | PA0001010004 | 2000 |
| [ 87 ] | Milcap Media, Ltd. | Tanya Hyde's twisted dreams. | PA0000984581 | 1999 |
| [ 88 ] | Milcap Media, Ltd. | Uranus experiment : no. 2. | PA0000956742 | 1999 |
| [ 89 ] | Milcap Media, Ltd. | Uranus experiment : no. 3. | PA0000776170 | 1999 |
| [ 90 ] | Milcap Media, Ltd. | XXX : no. 1. | PA0000948440 | 1999 |
| [ 91 ] | Milcap Media, Ltd. | XXX : no. 10. | PA0001009998 | 2000 |
| [ 92 ] | Milcap Media, Ltd. | XXX : no. 2. | PA0000948432 | 1999 |
| [ 93 ] | Milcap Media, Ltd. | XXX : no. 3. | PA0000956748 | 1999 |
| [ 94 ] | Milcap Media, Ltd. | XXX : no. 4. | PA0000776171 | 1999 |
| [ 95 ] | Milcap Media, Ltd. | XXX : no. 5. | PA0000984664 | 1999 |
| [ 96 ] | Milcap Media, Ltd. | XXX : no. 6. | PA0000984596 | 1999 |
| [ 97 ] | Milcap Media, Ltd. | XXX : no. 7. | PA0000990710 | 2000 |
| [ 98 ] | Milcap Media, Ltd. | XXX : no. 8. | PA0000990708 | 2000 |
| [ 99 ] | Milcap Media, Ltd. | XXX : no. 9. | PA0001001578 | 2000 |
| [ 100 ] | Milcap Media, Ltd. | Zodiac. | PA0000956743 | 1999 |

**Resort results by:**



| | |
|---|---|
| **Save, Print and Email (Help Page)** | |
| **Records** | Select Format: Full Record |
| All on Page  Selected On Page  Selected all Pages | Enter your email address: |

| Search for: | Search by: | Name (Crichton Michael; Walt Disney Company) | Item type: | None |
|---|---|---|---|---|
| 100 records per page | | | | |

Help   Search   History   **Titles**   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page
|  Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = private media group
Search Results: Displaying 1 through 69 of 69 entries.



**Resort results by:**

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | Private Media Group | All Girl Fight Club. | PA0001714615 | 2010 |
| [ 2 ] | Private media group | All you need is sex. | PA0001670900 | 2006 |
| [ 3 ] | Private Media Group | ANAL FREEDOM. | PA0001674266 | 2005 |
| [ 4 ] | Private media group | Anal lolitas. | PA0001670894 | 2003 |
| [ 5 ] | Private Media Group | Anal Mermaids. | PA0001670905 | 2004 |
| [ 6 ] | Private Media Group | ART CORE. | PA0001674499 | 2005 |
| [ 7 ] | Private Media Group | BEAUTIES IN THE TROPIX. | PA0001674265 | 2005 |
| [ 8 ] | Private Media Group | BILLIONAIRE. | PA0001674263 | 2008 |
| [ 9 ] | Private Media Group | Caribbean Dream. | PA0001670898 | 2006 |
| [ 10 ] | private media group | Caribbean vacation. | PA0001677489 | 2003 |
| [ 11 ] | Private Media Group | CLEOPATRA. | PA0001676455 | 2003 |
| [ 12 ] | Private Media Group | COMING OF AGE. | PA0001674262 | 2005 |
| [ 13 ] | private media group | Dangerous curves. | PA0001675596 | 2003 |
| [ 14 ] | private media group | Dangerous things 2. | PA0001675595 | 2000 |
| [ 15 ] | Private media group | Dominatrix chess gambit. | PA0001670899 | 2001 |
| [ 16 ] | Private Media group | Fatal Orchid 2. | PA0001675598 | 1999 |
| [ 17 ] | private media group | Forbidden Games. | PA0001677516 | 2003 |
| [ 18 ] | Private media Group | From behind is ok. | PA0001670896 | 2001 |
| [ 19 ] | Private Media Group | Girls of desire. | PA0001670895 | 2003 |
| [ 20 ] | Private Media Group | GLADIATOR. | PA0001674249 | 2002 |
| [ 21 ] | Private Media Group | GLADIATOR II - IN THE CITY OF LUST. | PA0001674246 | 2002 |
| [ 22 ] | Private Media Group | GLADIATOR III - SEXUAL CONQUEST. | PA0001674245 | 2002 |
| [ 23 ] | Private media group | Guns and rough sex. | PA0001670901 | 2002 |
| [ 24 ] | private media group | House of love. | PA0001675697 | 2000 |
| [ 25 ] | Private Media Group | IBIZA SEX PARTY 5. | PA0001674244 | 2008 |
| [ 26 ] | Private Media group | Lady Of the Rings. | PA0001673381 | 2005 |
| [ 27 ] | Private Media Group | LUST TREASURES NO. 5. | PA0001674243 | 2002 |
| [ 28 ] | Private Media Group | LUST TREASURES NO. 8. | PA0001674247 | 2002 |
| [ 29 ] | Private Media Group | LUST TREASURES NO. 9. | PA0001674248 | 2003 |
| [ 30 ] | Private Media Group | MILLIONAIRE. | PA0001674271 | 2004 |
| [ 31 ] | Private Media Group | MILLIONAIRE II. | PA0001674272 | 2004 |
| [ 32 ] | Private Media Group | Open Invitation: A Real Swingers Party in San Francisco. | PA0001689245 | 2010 |
| [ 33 ] | Private Media group | Paintball Warriors. | PA0001675815 | 2006 |
| [ 34 ] | private media group | Paradise Island. | PA0001677513 | 2003 |

WebVoyage Titles

| | | | | |
|---|---|---|---|---|
| [ 35 ] | Private Media Group | PIRATE FETISH MACHINE - THE FETISH GARDEN. | PA0001674498 | 2003 |
| [ 36 ] | Private Media Group | PORNOLYMPICS. | PA0001670614 | 2008 |
| [ 37 ] | Private Media Group | Prime Ministers sex tape. | PA0001714650 | 2010 |
| [ 38 ] | private media group | Private life of Angelika. | PA0001690103 | 2009 |
| [ 39 ] | private media group | Private life of jennifer love vol.2. | PA0001690102 | 2009 |
| [ 40 ] | private media group | Private life of mandy bright. | PA0001690101 | 2009 |
| [ 41 ] | Private Media Group | PRIVATE STORIES NO. 14 - SEX DREAM. | PA0001682800 | 2004 |
| [ 42 ] | Private Media Group | PRIVATE STORIES NO. 15 - FOREST NYMPH. | PA0001674481 | 2005 |
| [ 43 ] | Private Media Group | PRIVATE STORIES NO. 9 - BLUE GIRLS. | PA0001674476 | 2004 |
| [ 44 ] | Private Media Group | PRIVATE STORY OF BOBBI EDEN. | PA0001674274 | 2004 |
| [ 45 ] | Private Media Group | PRIVATE STORY OF SARAH O'NEAL. | PA0001674275 | 2004 |
| [ 46 ] | Private Media Group | PRIVATE XXX - SEX, LUST & VIDEO-TAPES. | PA0001675399 | 2001 |
| [ 47 ] | Private Media group | Psychoporn. | PA0001670904 | 2006 |
| [ 48 ] | Private Media Group | SEX & REVENGE. | PA0001673421 | 2005 |
| [ 49 ] | Private Media Group | SEX & REVENGE 2. | PA0001674465 | 2005 |
| [ 50 ] | Private Media Group | SEX, LIES & INTERNET. | PA0001673407 | 2004 |
| [ 51 ] | Private Media Group | SEX REBELS. | PA0001675398 | 2005 |
| [ 52 ] | Private Media Group | SEX THRILLER. | PA0001673428 | 2005 |
| [ 53 ] | Private media group | Sexy Business. | PA0001672445 | 2006 |
| [ 54 ] | Private media group | Spread my lips. | PA0001670902 | 2006 |
| [ 55 ] | Private Media Group | TASTE OF PLEASURE. | PA0001674267 | 2005 |
| [ 56 ] | Private Media group | Tenerife. | PA0001670897 | 2005 |
| [ 57 ] | Private media group | Top sex. | PA0001670903 | 2006 |
| [ 58 ] | Private Media Group | TOTAL DESIRE. | PA0001674480 | 2001 |
| [ 59 ] | private media group | Tropical heat. | PA0001677518 | 2002 |
| [ 60 ] | Private media group | Tropical Twins. | PA0001670893 | 2006 |
| [ 61 ] | Private Media Group | XXX 08. | PA0001674472 | 2000 |
| [ 62 ] | Private Media Group | XXX 09. | PA0001674469 | 2000 |
| [ 63 ] | Private Media Group | XXX 18 - WET DREAMS. | PA0001674270 | 2005 |
| [ 64 ] | Private Media Group | XXX - CHAIN REACTION. | PA0001674566 | 2005 |
| [ 65 ] | Private Media Group | XXX NO. 10. | PA0001674484 | 2001 |
| [ 66 ] | Private Media Group | XXX NO. 11 - HIGH LEVEL SEX. | PA0001674495 | 2001 |
| [ 67 ] | Private Media Group | XXX NO. 15. | PA0001674474 | 2005 |
| [ 68 ] | Private Media Group | XXX NO. 17 - SEX KITTENS. | PA0001674467 | 2005 |
| [ 69 ] | Private Media Group | YOUR TIME IS UP. | PA0001674269 | 2002 |

**Resort results by:**



| | |
|---|---|
| **Save, Print and Email (Help Page)** | |
| **Records** | Select Format:  Full Record |
| All on Page  Selected On Page  Selected all Pages | Enter your email address: |

| **Search for:** | **Search by:**   Name (Crichton Michael; Walt Disney Company) | **Item type:**   None |
|---|---|---|
| 100 records per page | | |

Case 3:11-cv-03025-MWB   Document 35-2   Filed 09/19/11   Page 8 of 9

http://cocatalog.loc.gov/...bin/Pwebrecon.cgi?Search_Arg=private+media+group&Search_Code=NALL&PID=e2WOEc9H661QUp7YNZXEBG0srd-&SEQ=20110919173604&CNT=100&HIST=1[9/19/2011 5:39:00 PM]

[Help](#) [Search](#) [History](#) **Titles** [Start Over](#)

[Contact Us](#) | [Request Copies](#) | [Get a Search Estimate](#) | [Frequently Asked Questions (FAQs) about Copyright](#) | [Copyright Office Home Page](#) | [Library of Congress Home Page](#)