

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Sep 17 04:35:46 EDT 2011

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [IMAGE LIST] [BOTTOM] [HELP]

*Please logout when you are done to release system resources allocated for you.*

| List At: | | OR | to record: | 28 Records(s) found (This page: 1 ~ 28) |

**Refine Search**

**Current Search:** S5: **(cine craft)[OW]** docs: 28 occ: 56

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 85084291 | | PRIVATE MEDIA GROUP, INC. | TARR | LIVE |
| 2 | 78534384 | 3216363 | PRIVATE FANTASY | TARR | LIVE |
| 3 | 78529711 | 3389749 | | TARR | LIVE |
| 4 | 78975722 | | EMAG | TARR | LIVE |
| 5 | 78958877 | 3540412 | PRIVATE TO OWN | TARR | LIVE |
| 6 | 78725894 | 3501850 | P | TARR | LIVE |
| 7 | 78467295 | 3198038 | PRIVATE BLUE | TARR | LIVE |
| 8 | 78461398 | 3219371 | PRIVATE GIRLS | TARR | LIVE |
| 9 | 78461387 | 3188677 | PRIVATE GOLD | TARR | LIVE |
| 10 | 78290612 | 3121422 | PRIVATE | TARR | LIVE |
| 11 | 78293097 | | PRIVATE STARS | TARR | DEAD |
| 12 | 78198866 | | EMAG | TARR | DEAD |
| 13 | 77724220 | | PP PORNOPEDIA | TARR | LIVE |
| 14 | 77108125 | 3539301 | EXIST IN YOUR WORLD, LIVE IN OURS | TARR | LIVE |
| 15 | 77108094 | 3614320 | IT'S GOOD TO BE BAD | TARR | LIVE |
| 16 | 75927272 | 3137445 | PIRATE | TARR | LIVE |
| 17 | 75812217 | 2875138 | THE PRIVATE LIFE OF | TARR | LIVE |
| 18 | 75812216 | | PRIVATE STYLE | TARR | DEAD |
| 19 | 75774307 | | PRVT | TARR | DEAD |
| 20 | 75651881 | 2787791 | PC | TARR | DEAD |
| 21 | 75650334 | 2416912 | PRIVATE COLLECTION | TARR | DEAD |
| 22 | 75486289 | 2443667 | PRIVATE | TARR | LIVE |
| 23 | 75037010 | 2045673 | PIRATE | TARR | DEAD |
| 24 | 75037009 | | PIRATE | TARR | DEAD |
| 25 | 74418220 | 2201568 | PRIVATE INTERNATIONAL | TARR | LIVE |
| 26 | 74234768 | 2049328 | PRIVATE PROTECTION | TARR | LIVE |

| 27 | 74556720 |         | TRIPLE X A PRIVATE GROUP PUBLICATION | TARR | DEAD |
| 28 | 72462280 | 1014957 | PRIVATE                              | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY |