

# xhamster.com

Xhamster.com

This site is **unclaimed**. Claim this Site

There are 58 sites with a better three-month global Alexa traffic rank than Xhamster.com. While we estimate that 21% of the site's visitors are in the US, where it is ranked #53, it is also popular...

Show More

| 59 | | 5,575 | ★★★★☆ |
|---|---|---|---|
| Global Rank | Rank in US | Sites Linking In | 15 Reviews |

Traffic Stats | Search Analytics | Audience | Contact Info | Reviews | Related Links | Clickstream

## Audience Demographics for Xhamster.com

Relative to **the general internet population** how popular is xhamster.com with each audience below?

### Age
18-24
25-34
35-44
45-54
55-64
65+

### Gender
Male
Female

### Has Children
Yes
No

### Education
No College
Some College
College
Graduate School

### Browsing Location
home
school
work

## Advanced Demographics for xhamster.com

Audience breakdown by income, ethnicity, age, education, gender, children and browsing location.

Age | Education | Gender | Has Children | Browsing Location | Income | Ethnicity

| | facebook.com | xanga.com | myspace.com | linkedin.com | google.com |
|---|---|---|---|---|---|
| $0 - $30K | | | | | |
| $30K - $60K | | | | | |
| $60K - $100K | | | | | |
| $100K+ | | | | | |

**Install the free Alexa Toolbar to join our information community and get access to this feature.**

Install the Toolbar Now

Compare facebook.com to: xanga.com | myspace.com | linkedin.com | google.com [Compare]

Advertise with Alexa

## High Impact Search Queries for Xhamster.com

| | Query | Impact |
|---|---|---|
| 1 | hamster | High |
| 2 | porn | High |
| 3 | free porn | High |
| 4 | xhamsters | High |
| 5 | bbw | High |
| 6 | xham | Medium |
| 7 | xhmaster | Medium |

View the complete Search Analytics









## Visitors by Country for Xhamster.com

| Country | Percent of Visitors |
| --- | --- |
| United States | 20.6% |
| Germany | 8.0% |
| Japan | 6.2% |
| India | 5.7% |
| United Kingdom | 4.6% |
| Italy | 4.3% |
| France | 4.2% |
| Turkey | 3.2% |
| Russia | 2.5% |
| Canada | 2.4% |

**Top Search Queries for Xhamster.com**

| | Query | Percent of Search Traffic |
| --- | --- | --- |
| 1 | xhamster | 59.66% |
| 2 | x hamster | 2.78% |
| 3 | xhamster.com | 1.33% |
| 4 | xhamsters | 0.93% |
| 5 | xhampster | 0.71% |
| 6 | hamster x | 0.46% |
| 7 | hamster | 0.40% |

View the complete Search Analytics



**Wayback Machine**
See how Xhamster.com looked in the past

Like xhamster.com? Download the Alexa toolbar and access exclusive analytics content.

您 在可以在Alexa中 官方网站cn.alexa.com上 取xhamster.com的网站流量信 。

**Company**
About
Jobs
Advertise on Alexa

**Help**
Help System
Tour

**Alexa Tools for Site Owners**
Get a Site Audit for your site
Create a Custom Toolbar
Edit your site listing

**Related Services**
Free Website Content
Make money with Alexa

Download the Alexa Toolbar!
Privacy Policy | Terms of Use
© Alexa Internet, Inc.
An amazon.com company