Chad Belville IA Bar 015731
304 East Beth Drive
Phoenix, AZ 85042
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, <br><br> An Iowa Limited Liability Company <br><br> Plaintiff, <br><br> vs. <br><br> Hammy Media Ltd., dba Xhamster.com , <br><br> And ww.Xhamster.com, and John Does 1 – <br><br> 100 and John Doe Companies 1 - 100 <br><br> Defendant(s). <br><br> _____ | No. 3:11-cv-03025-MWB <br><br> **RESISTANCE TO MOTION TO DISMISS** |

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad Belville, and RESISTS Defendant's Motion to Dismiss in its entirety. In support of it Resistance to Motion, Plaintiff provides the following Brief and Attachments.

Date: October 3, 2011	Respectfully submitted,


	By:	/s/ Chad L. Belville

	Chad L. Belville
	cbelville@azbar.org
	Chad Belville, Attorney at Law
	Attorney for Plaintiff
	Iowa Bar # 015731

Physical Address	304 East Beth Drive
	Phoenix, AZ 85042

MAILING ADDRESS:	P.O. Box 17879
	Phoenix, AZ 85066

	Telephone: 602-904-5485
	FAX: 602-297-6953
	E-mail cbelville@azbar.org
	ATTORNEY FOR PLAINTIFF


Certificate of Service


I, Chad Belville, Attorney for Plaintiff, hereby certify that on October 3, 2011 a copy of this Resistance to Defendants' Motion to Dismiss was served upon the Attorneys for Defendants, listed as Connie M. Alt, Jennifer Rinden, Valentin Gurvits, and Evan Fray-Witzer, through the Courts Electronic Case Filing System.


/s/ Chad L. Belville