# xHamster
*just porn, no bullshit*

BTW, your mobile devices can watch porn too ;)

Sign Up | Login

[DVDs] [Search]

| Video | Pictures | Stories | Games | Dating | Chat | Live Sex | **Premium** |

Fresh Porn DVDs • List of Pornstars • My Premium Favorites • My Favorite Pornstars

This option is available for our premium users only. Please join or upgrade to a premium account or log in if you already have one.



## Why Premium?

- Download all videos [?]
- 19,704 full DVDs [?]
- 122,201 HQ scenes [?]
- No Ads and Pop-Unders [?]
- Profile promotion - be popular! [?]

**Step 1:** User Info

Login: ____
Email: ____
Password: ____

**Step 2:** Choose Your Plan

Pay by: ◉ Credit Card  ○ US Bank Account

[1 Month - $29.95/month ▼]

[Sign Up]

     

## Download thousands of DVDs for the price of 1!

| Info | What is | Help & tips | 3rd parties |
|---|---|---|---|
| Terms of Use | Advertisers | Support | xHamster's Blog |
| Privacy Policy | Webmasters | Contact | xHamster's Twitter |
| DMCA/Copyright | Partner Content Program | | Suggestions Box |
| Parental Control | | | xHamster's Mobile |

© 2007-2011 premium.xHamster.com - Hot Porn            RTA *Restricted To Adults*

Case 3:11-cv-03025-MWB   Document 36-3   Filed 10/03/11   Page 1 of 2

converted by Web2PDFConvert.com

converted by Web2PDFConvert.com