INTERNET ARCHIVE
WaybackMachine BETA

http://xhamster.com/terms.php    Go

MAR  APR  JAN
◄  **20**  ►
2008  2009  2011

73 captures
5 Sep 07 - 4 Jun 11

Close ✖

Help ❓



just porn, no bullshit

Sign Up | Login

Search

- Video
- Games
- Chat
- Sex Cams
- Premium

New Videos  •  Hits  •  My Favorite Videos  •  My Videos  •  **Upload Video!**

# Terms of Use

## 1. Your Acceptance

BY USING AND/OR VISITING THIS WEBSITE (collectively, including all Content available through the xHamster.com domain name, the "xHamster Website", or "Website"), YOU SIGNIFY YOUR ASSENT TO BOTH THESE TERMS AND CONDITIONS (the "Terms of Service") AND THE TERMS AND CONDITIONS OF xHamster'S PRIVACY NOTICE, AND WHICH ARE INCORPORATED HEREIN BY REFERENCE. If you do not agree to any of these terms, then please do not use the xHamster Website.

## 2. xHamster Website

These Terms of Service apply to all users of the xHamster Website, including users who are also contributors of video content, information, and other materials or services on the Website. The xHamster Website may contain links to third party websites that are not owned or controlled by xHamster. xHamster has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party websites. In addition, xHamster will not and cannot censor or edit the content of any third-party site. By using the Website, you expressly relieve xHamster from any and all liability arising from your use of any third-party website. Accordingly, we encourage you to be aware when you leave the xHamster Website and to read the terms and conditions and privacy policy of each other website that you visit.

## 3. Website Access

A. xHamster hereby grants you permission to use the Website as set forth in this Terms of Service, provided that:

you are at least 18 years of age;

the Website as permitted is solely for your personal, noncommercial use;

you will not copy or distribute any part of the Website in any medium without xHamster's prior written authorization;

you will not alter or modify any part of the Website other than as may be reasonably necessary to use the Website for its intended purpose; and

you will otherwise comply with the terms and conditions of these Terms of Service.

B. In order to access some features of the Website, you will have to create an account. You may never use another person's account without express written permission from the account holder. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. You must notify xHamster immediately of any breach of security or unauthorized use of your account. Although xHamster will not be liable for your losses caused by any unauthorized use of your account, you may be liable for the losses of xHamster or others due to such unauthorized use.

C. You agree not to use or launch any automated system, including without limitation, "robots," "spiders," "offline readers," etc., that accesses the Website in a manner that sends more request messages to the xHamster servers in a given period of time than a human can reasonably produce in the same period by using a conventional on-line web browser. Notwithstanding the foregoing, xHamster grants the operators of public search engines permission to use spiders to copy materials from the site for the sole purpose of creating publicly available searchable indices of the materials, but not caches or archives of such materials. xHamster reserves the right to revoke these exceptions either generally or in specific cases. You agree not to collect or harvest any personally identifiable information, including account names, from the Website, nor to use the communication systems provided by the Website for any commercial solicitation purposes. You agree not to solicit, for commercial purposes, any users of the Website with respect to their User Submissions.

## 4. Intellectual Property Rights

The content on the xHamster Website, except all User Submissions (as defined below), including without limitation, the text, software, scripts, graphics, photos, sounds, music, videos, interactive features and the like ("Content") and the trademarks, service marks and logos contained therein ("Marks"), are owned by or licensed to xHamster, subject to copyright and other intellectual property rights under United States and foreign laws and international conventions. Content on the Website is provided to you AS IS for your information and personal


converted by Web2PDFConvert.com

use only and may not be used, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, licensed, or otherwise exploited for any other purposes whatsoever without the prior written consent of the respective owners. xHamster reserves all rights not expressly granted in and to the Website and the Content. You agree to not engage in the use, copying, or distribution of any of the Content other than expressly permitted herein, including any use, copying, or distribution of User Submissions of third parties obtained through the Website for any commercial purposes. If you download or print a copy of the Content for personal use, you must retain all copyright and other proprietary notices contained therein. You agree not to circumvent, disable or otherwise interfere with security related features of the xHamster Website or features that prevent or restrict use or copying of any Content or enforce limitations on use of the xHamster Website or the Content therein.

## 5. User Submissions

A. The xHamster Website may now or in the future permit the submission of videos or other communications submitted by you and other users ("User Submissions") and the hosting, sharing, and/or publishing of such User Submissions. You understand that whether or not such User Submissions are published, xHamster does not guarantee any confidentiality with respect to any submissions.

B. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with User Submissions, you affirm, represent, and/or warrant that:

you own or have the necessary licenses, rights, consents, and permissions to use and authorize xHamster to use all patent, trademark, trade secret, copyright or other proprietary rights in and to any and all User Submissions to enable inclusion and use of the User Submissions in the manner contemplated by the Website and these Terms of Service; and

you have the written consent, release, and/or permission of each and every identifiable individual person in the User Submission to use the name or likeness of each and every such identifiable individual person to enable inclusion and use of the User Submissions in the manner contemplated by the Website and these Terms of Service. For clarity, you retain all of your ownership rights in your User Submissions. However, by submitting the User Submissions to xHamster, you hereby grant xHamster a worldwide, non-exclusive, royalty-free, sub licenseable and transferable license to use, reproduce, distribute, prepare derivative works of, display, and perform the User Submissions in connection with the xHamster Website and xHamster's (and its successor's) business, including without limitation for promoting and redistributing part or all of the xHamster Website (and derivative works thereof) in any media formats and through any media channels. You also hereby grant each user of the xHamster Website a non-exclusive license to access your User Submissions through the Website, and to use, reproduce, distribute, prepare derivative works of, display and perform such User Submissions as permitted through the functionality of the Website and under these Terms of Service. The foregoing license granted by you terminates once you remove or delete a User Submission from the xHamster Website.

All visual depictions displayed on this Web site, whether of actual sexually explicit conduct, simulated sexual content or otherwise, are visual depictions of persons who were at least 18 years of age when those visual depictions were created.

All other visual depictions displayed on this Web site are exempt from 18 U.S.C. Section 2257 and 28 C.F.R. Part 75 because said visual depictions are not visual depictions of conduct specifically listed in 18 U.S.C Section 2256 (2) (A)-(D), but are merely depictions of non-sexually explicit nudity, or are depictions of simulated sexual conduct, or are otherwise exempt because the visual depictions were created prior to November 1, 1990, or were produced, manufactured, published, duplicated, reproduced, or reissued before May 26, 1992.

The owners and operators of this Website are not the primary producer (as that term is defined in 18 U.S.C. Section 2257 and 28 C.F.R. Part 75) of all the visual content contained on the Web site.

In connection with User Submissions, you further agree that you will not:
POST, ALLOW ANOTHER TO POST OR BE IN ANY WAY INVOLVED IN THE POSTING OF ANY MATERIAL THAT DEPICTS OR IMPLIES PERSONS UNDER THE AGE OF 18: no visual depictions of anyone under the age of 18 - PERIOD! Even if the minor is fully dressed, playing at the park. YOU WILL BE BANNED AND REPORTED TO THE POLICE! xHamster does not endorse any User Submission or any opinion, recommendation, or advice expressed therein, and xHamster expressly disclaims any and all liability in connection with User Submissions. xHamster does not permit copyright infringing activities and infringement of intellectual property rights on its Website, and xHamster will remove all Content and User Submissions if properly notified that such Content or User Submission infringes on another's intellectual property rights. xHamster reserves the right to remove Content and User Submissions without prior notice. xHamster will also terminate a User's access to its Website, if they are determined to be a repeat infringer. A repeat infringer is a User who has been notified of infringing activity more than twice and/or has had a User Submission removed from the Website more than twice. While pornographic and adult content are accepted, xHamster also reserves the right to decide whether Content or a User Submission is appropriate and complies with these Terms of Service for violations other than copyright infringement and violations of intellectual property law, such as, but not limited to, obscene or defamatory material, or excessive length. xHamster may remove such User Submissions and/or terminate a User's access for uploading such material in violation of these Terms of Service at any time, without prior notice and at its sole discretion.

Terms of Use · Privacy Policy · DMCA · FAQ · Store · Contact · Webmasters · **Bookmark Us!**

© 2007-2009 xHamster - Daily Free Porn Videos!