Chad Belville IA Bar 015731
304 East Beth Drive
Phoenix, AZ 85042
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br><br>An Iowa Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>Hammy Media Ltd., dba XHamster.com<br><br>And www.xhamster.com and<br><br>and John Does 1 - 100 and<br><br>John Doe Companies 1 - 100<br><br>Defendant(s). | No. 3:11-cv-03025-MWB<br><br>**MOTION TO FILE OVER LENGTH BRIEF IN SUPPORT OF RESISTANCE TO DEFENDANTS MOTION TO DISMISS** |

COMES NOW Plaintiffs Fraserside IP LLC, by and through its counsel, Chad Belville, Pursuant to Local Rule 7(h), and Moves the Court for Leave to file a brief in excess of the twenty (20) page limit imposed by LR 7(h) in support of it Resistance to Motion to Dismiss.

The arguments here are nearly identical to arguments in 3:11-cv-03005 MWB, involving different Defendants but the same legal counsel. Plaintiffs Fraserside IP LLC brought this suit alleging that Defendants have engaged in illegal and tortious infringement of Plaintiffs' United States intellectual property rights. Defendants, in lieu of filing an Answer to the Complaint, have filed a Motion to Dismiss. In its motion, Defendant raises three primary arguments, each of which must be addressed by Plaintiff in its response.

Defendants are an alien entity, claiming that this Court does not have jurisdiction over them. Plaintiffs' brief addresses the issues brought forth by Defendant as well as sub-issues not raised by Defendant but related to its alien status. These sub-issues require additional arguments and additional pages to complete the brief.

Plaintiff's brief reproduces paragraphs from the Complaint and other documents filed in this case; sections of law; and certain excerpts from cited cases. Plaintiff's brief could be shortened by integrating these by reference, but including them in the brief itself rather than requiring the Court to refer to a separate document is intended for efficiency.

Plaintiff's brief is 35 pages long. Excluding the Caption page, Table of Contents, and Signature Pages it is 30 pages long. Compared to the enormous amount of material submitted by Defendant in its Motion to Dismiss, this Brief appears to efficiently address the issues presented without delving into unnecessary areas.

Plaintiff asserts the over length brief is as concise as the issues briefed reasonably permit, and addresses only the particular facts and legal issues under consideration.

In light of these assertions, Plaintiffs respectfully request the Court's Leave to File a Brief in Support of Resistance to Defendant's Motion to Dismiss with fifteen (15) extra pages, inclusive of Caption, Table of Contents, and signature pages, for a total of thirty-five (35) pages.

Date: October 3, 2011                      Respectfully submitted,

                                           By:    /s/ Chad L. Belville

                                           Chad L. Belville
                                           cbelville@azbar.org
                                           Chad Belville, Attorney at Law
                                           Attorney for Plaintiff
                                           Iowa Bar # 015731

Physical Address                           304 East Beth Drive
                                           Phoenix, AZ 85042

MAILING ADDRESS:                           P.O. Box 17879
                                           Phoenix, AZ 85066

                                           Telephone: 602-904-5485
                                           FAX: 602-297-6953
                                           E-mail cbelville@azbar.org
                                           ATTORNEY FOR PLAINTIFF

Certificate of Service

I, Chad Belville, Attorney for Plaintiff, hereby certify that on October 3, 2011 a copy of this Motion to File Over Length Brief in Support of Resistance to Defendants' Motion to Dismiss was served upon the Attorneys for Defendants, listed as Connie M. Alt, Jennifer Rinden, Valentin Gurvits, and Evan Fray-Witzer, through the Courts Electronic Case Filing System.

/s/ Chad L. Belville