# xHamster
*just porn, no bullshit*

This option is available for our premium users only. Please join or upgrade to a premium account or log in if you already have one.



## Why Premium?

- Download all videos [?]
- 19,704 full DVDs [?]
- 122,201 HQ scenes [?]
- No Ads and Pop-Unders [?]
- Profile promotion - be popular! [?]

**Step 1:** User Info
Login:
Email:
Password:

**Step 2:** Choose Your Plan
Pay by: ●Credit Card  ○US Bank Account
1 Month - $29.95/month

[Sign Up]

     

## Download thousands of DVDs for the price of 1!

Info
- Terms of Use
- Privacy Policy
- DMCA/Copyright
- Parental Control

Webmasters
- Advertisers
- Webmasters
- Partner Content Program

Help&tips
- Support
- Contact

Us too
- xHamster's Blog
- xHamster's Twitter
- Suggestions Box
- xHamster's Mobile

© 2007-2011 premium.xHamster.com - Hot Porn

RTA RESTRICTED TO ADULTS

Case 3:11-cv-03025-MWB   Document 37-3   Filed 10/03/11   Page 1 of 2

converted by Web2PDFConvert.com

converted by Web2PDFConvert.com