IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>HAMMY MEDIA, LTD. d/b/a Xhamster.com and www.xhamster.com and JOHN DOES 1-100 AND JOHN DOE COMPANIES 1-100,<br><br>    Defendants. | No. C11-3025-MWB<br><br>**ORDER REGARDING JOINT MOTION TO DISMISS DEFENDANT WHOISGUARD** |

_____

This case is before the court on plaintiff Fraserside IP L.L.C.'s (Fraserside") and defendant WhoIsGuard's joint Motion to Dismiss WhoIsGuard (docket no. 28). In their joint motion, plaintiffs and defendant WhoIsGuard move for the dismissal of defendant WhoIsGuard pursuant to Federal Rule of Civil Procedure 42(a)(2). No resistance to the joint motion has been filed. Plaintiffs and defendant WhoIsGuard's joint Motion to Dismiss WhoIsGuard is **granted** and all of Fraserside's claims against defendant WhoIsGuard are dismissed. The court orders that plaintiff Fraserside and defendant WhoIsGuard shall each bear their own fees and costs.

**IT IS SO ORDERED.**

**DATED** this 4th day of October, 2011.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA