UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Fraserside IP, LLC, ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | |
| Hammy Media, Ltd., d/b/a xHamster.com ) | Docket No. 11-3025-MWB |
| www.xHamster.com, ) | |
| John Does 1-100 and John Doe ) | |
| Companies 1-100, ) | |
|     Defendants. ) | |

## DEFENDANT HAMMY MEDIA, LTD.'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

Defendant Hammy Media, Ltd., d/b/a xHamster.com ("xHamster") respectfully moves for leave to file the attached Reply Memorandum in Support of its Motion to Dismiss, currently pending before this Court. In support of this Motion, xHamster states as follows:

1. New factual developments relevant to xHamster's motion have developed, making the submission of a Reply Memorandum important to assist the Court in its consideration of xHamster's Motion to Dismiss.

2. Specifically, in its original Memorandum of Law in Support of Motion to Dismiss, xHamster argued the Plaintiff was not the legitimate owner or registrant of the intellectual property at issue in the present action. In response, Fraserside IP claimed that Fraserside Holdings had, purportedly, assigned to it all past and present rights to the intellectual property (including all right concerning past infringements), "rendering [xHamster's] arguments based upon changed circumstances invalid. **In direct contradiction of this claim, however, on <u>October 18, 2011</u>, in a case pending in the Central District of California, Fraserside Holdings submitted sworn statements and pleadings asserting that *it* continued to own the intellectual property supposedly transferred.**

3. Additionally, at the time the alleged transfer was made, Fraserside Holdings (as a subsidiary of Private Media Group) was subject to a Restraining Order (and Preliminary Injunction) preventing it from transferring any assets outside of the ordinary course of business, likely rendering the purported transfers *void ab initio*. Finally, Fraserside IP, LLC and Fraserside Holdings have both been placed under the control of a receiver by order of a Nevada Court. Despite this order, however, counsel for the receiver states that the receiver is unaware of the present litigation. As such, Fraserside IP appears to be proceeding with this litigation without proper authority to do so.

Because these new factual developments speak directly to the arguments made by the parties in connection with xHamster's Motion to Dismiss, xHamster respectfully requests permission to file the attached Reply Memorandum.

Respectfully submitted,

Hammy Media, Ltd. d/b/a xHamster.com.,
By its attorneys,

/s/Evan Fray-Witzer
Evan Fray-Witzer, *pro hac vice*
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 723-5630
Evan@CFWLegal.com

/s/Valentin Gurvits
Valentin Gurvits, *pro hac vice*
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
 (617) 928-1804
vgurvits@bostonlawgroup.com

<pre>
                              /s/Jennifer E. Rinden
                              Connie Alt            AT0000497
                              Jennifer E. Rinden    AT0006606
                                  for
                              SHUTTLEWORTH & INGERSOLL, P.C.
                              500 US Bank Bldg., P.O. Box 2107
                              Cedar Rapids, IA 52406
                              PHONE:      (319) 365-9461
                              FAX:        (319) 365-8564
                              jer@shuttleworthlaw.com
</pre>

## ECF CERTIFICATE OF SERVICE

I, Evan Fray-Witzer, hereby certify that on November 5, 2011, a copy of the above document was served on Chad Bellville, attorney for the plaintiff, through the Court's ECF system in accordance with FRCP 5.  In addition, a copy of the above document was served by email on Thomas Kummer, Esq., counsel for the receiver of Fraserside IP, LLC.

<pre>
                              /s/ Evan Fray-Witzer
</pre>