### DECLARATION OF ERIC JOHNSON

I, ERIC JOHNSON, being duly sworn, do depose and state as follows:

1. I am of legal age. I am a director of Private Media Group, Inc. ("PRVT"). I have personal knowledge of the matters stated below and could testify competently to them if called to do so. This declaration is submitted in support of Plaintiffs' Opposition to Defendant Private Media Group, Inc.'s Motion for Stay of Order Appointing Receiver to which it is attached.

2. On August 23, 2011, I was appointed as the Receiver for PRVT by the Eighth Judicial District Court in Clark County, Nevada, in Case No. A622802.

3. On August 28, 2011, I traveled from Toronto, Canada to Barcelona, Spain to PRVT's European headquarters. The purpose of my visit to PRVT's European headquarters was to secure PRVT's assets and protect shareholder value.

4. I asked Andrew Sullivan, the Vice President of Online Operations for PRVT, to join me on Monday, August 29, 2011, at approximately 9 a.m., at PRVT's European headquarters, located at the Torre Mapfre, c/Marina 16-18, in Barcelona, Spain. The purpose of Mr. Sullivan's presence was to assist me in my efforts to understand and protect PRVT's various business processes and corporate assets.

5. When I arrived at PRVT's European headquarters, the office staff refused to allow me access to PRVT's offices, even after I showed them certified copies of the August 25, 2011 Order appointing me as the Receiver for PRVT and its subsidiaries.

6. Since I was not allowed to enter PRVT's offices, I asked Mr. Sullivan, as the Vice President of Online Operations for PRVT, to go into PRVT's offices in my place, which he did.

7. Later in the morning, while I was still waiting in PRVT's office lobby, Mr. Sullivan called me on my cell phone and told me that Berth Milton had called the police and building security to have him forcibly removed from PRVT's offices. Mr. Sullivan asked me what to do. I instructed him to leave the offices once he had obtained a written reason for his dismissal from PRVT's offices from Milton, which he did.

8. At approximately 11:20 a.m. Mr. Sullivan left PRVT's offices and rejoined me in

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

DECLARATION OF ERIC JOHNSON, Page 1 of 2

1  the lobby.

2  9.  Since this refusal, I have been allowed inside the offices of PRVT's European
3  headquarters on only two occasions, each time escorted, and only with permission to meet with
4  the financial director of the Spanish subsidiary to discuss their cash flow problems, and only with
5  the prior permission of the CFO, Johan Gillborg. My name remains on a short list of people to
6  be denied entry to the offices.

* * *

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 30th day of August, 2011.

_____
ERIC JOHNSON

DECLARATION OF ERIC JOHNSON, Page 2 of 2