IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>HAMMY MEDIA LTD., d/b/a xHamster.com, www.xhamster.com, John Does 1-100 and John Doe Companies 1-100,<br><br>    Defendants. | No. C11-3025-MWB<br><br>**ORDER REGARDING DEFENDANT HAMMY MEDIA LTD.'S MOTION FOR LEAVE TO FILE REPLY BRIEF** |

_____

This case is before the court on defendant Hammy Media, Ltd.'s Motion for Leave to File Reply Memorandum of Law In Support of Motion to Dismiss (docket no. 41). In its motion, defendant Hammy Media, Ltd. seeks permission to file a reply brief to address new factual developments. For good cause shown, defendant Hammy Media, Ltd.'s motion is **granted**. The Clerk of Court is directed to file the reply brief and supporting documents submitted with the motion.

    **IT IS SO ORDERED.**

    **DATED** this 7th day of November, 2011.

                                                       */s/ Mark W. Bennett*
                                                      MARK W. BENNETT
                                                      U. S. DISTRICT COURT JUDGE
                                                      NORTHERN DISTRICT OF IOWA