TIMOTHY DILLON (SBN 190839)
DILLON & GERARDI APC
4660 La Jolla Village Drive, Suite 1040
San Diego, CA 92122
(858) 587-1800
Facsimile: (858) 587-2587
E-mail: tdillon@dillongerardi.com

SPENCER D. FREEMAN (*pro hac vice* pending)
FREEMAN LAW FIRM, INC.
2104 N. 30th St.
Tacoma, WA 98403
(253) 383-4500
E-mail: sfreeman@freemanlawfirm.org

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRASERSIDE HOLDINGS, LTD., a foreign limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>XOD LLC, a Delaware corporation, d/b/a XonDemand, xondemand.com<br><br>Defendant. | Case No.: **CV10 5174** -GW (FMOx)<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Fraserside Holdings, Ltd., certifies that the following listed party may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable to the Court to evaluate possible disqualification or recusal.

---

1

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

| PARTY | CONNECTION |
|---|---|
| Private Media Group, Inc. | Sole Shareholder of Plaintiff. |

Dated: July ___, 2010

Respectfully Submitted,

_____
Timothy P. Dillon
Attorney for Plaintiff,
Fraserside Holdings, Inc.
E-Mail: tdillon@dillongerardi.com

(*pro hac vice* pending)
Spencer D. Freeman
Attorney for Plaintiff,
Fraserside Holdings, Inc.