EXHIBIT B

DECLARATION OF BERTH MILTON

I, BERTH MILTON, being duly sworn, do depose and state as follows:

1. I am of legal age. I am the Chairman of the Board and Chief Executive Officer and President of Private Media Group, Inc. ("PRVT"). I have personal knowledge of the matters stated below and could testify competently to them if called to do so. This Declaration is submitted in support of Plaintiff Fraserside IP LLC.

2. At all times relevant and in or about late 2010, I was aware of and approved of the formation of Fraserside IP LLC and the subsequent transfer ownership of copyrights and trademarks from various Private Media Group Inc. entities including Cine Craft Limited, a Gibraltar based company and Fraserside Holdings Limited, a Cyprus based company.

3. The enforcement of copyright and trademark rights are in the ordinary course of business for a media entity such as Private Media Group Inc. and Fraserside IP LLC.

4. I am not aware of any directors or officers that did not support the formation of Fraserside IP LLC or the subsequent transfers of copyrights and trademarks at issue.

5. As the enforcement of copyright and trademark rights are in the ordinary course of business and no opposition from any director was noted, the formation of Fraserside IP LLC and subsequent transfers of copyrights and trademarks did not violate any court order.

6. Fraserside IP LLC is the legal owner of the copyrights and trademark rights it claims and has been, at all times relevant, the legal and sole owner of the copyrights and trademarks it claims.

7. I have been in communication with Attorney Chad Belville, who represents Fraserside IP LLC in various matters, including civil complaints filed in the United States District Court for the Northern District of Iowa, since prior to the formation of Fraserside IP LLC.

8. The continued prosecution of these complaints and enforcement of Fraserside IP LLC's intellectual property rights by Attorney Chad Belville has been and continues to be done with my knowledge and support.

Signed under penalty of perjury this 11 day of November, 2011

*[signature]*

Berth Milton

EXHIBIT C

## DECLARATION OF JOHAN GILLBORG

I, JOHAN GILLBORG, being duly sworn, do depose and state as follows:

1. I am of legal age. I am the Corporate Secretary and Chief Financial Officer of Private Media Group, Inc. ("PRVT"). I am the Administrator of Milcap Media Group SLU and I am President and/or Chairman of several subsidiaries of PRVT. I have personal knowledge of the matters stated below and could testify competently to them if called to do so. This Declaration is submitted in support of Plaintiff Fraserside IP LLC.

2. At all times relevant and in or about late 2010, I was aware of and approved of the formation of Fraserside IP LLC and the subsequent transfer ownership of copyrights and trademarks from various Private Media Group Inc. entities including Cine Craft Limited, a Gibraltar based company and Fraserside Holdings, a Cyprus based company.

3. The enforcement of copyright and trademark rights are in the ordinary course of business for a media entity such as Private Media Group Inc. and Fraserside IP LLC.

4. I am not aware of any directors or officers that did not support the formation of Fraserside IP LLC or the subsequent transfers of copyrights and trademarks at issue.

5. As the enforcement of copyright and trademark rights are in the ordinary course of business and no opposition from any director was noted, the formation of Fraserside IP LLC and subsequent transfers of copyrights and trademarks did not violate any court order.

6. Fraserside IP LLC is the legal owner of the copyrights and trademark rights it claims and has been, at all times relevant, the legal and sole owner of the copyrights and trademarks it claims.

7. I have been in communication with Attorney Chad Belville, who represents Fraserside IP LLC in various matters, including civil complaints filed in the United States District Court for the Northern District of Iowa, since prior to the formation of Fraserside IP LLC.

8. The continued prosecution of these complaints and enforcement of Fraserside IP LLC's intellectual property rights by Attorney Chad Belville has been and continues to be done with my knowledge and support.

Signed under penalty of perjury this 11 day of November, 2011

Johan Gillborg

## DECLARATION OF JAMES MORAN

I, JAMES MORAN, being duly sworn, do depose and state as follows:

1. I am of legal age. I am the In House Counsel of Milcap Media Group SLU, Private Media Group, Inc.'s principal operating subsidiary ("PRVT") and an authorized representative of Fraserside IP LLC. I have personal knowledge of the matters stated below and could testify competently to them if called to do so. This Declaration is submitted in support of Plaintiff Fraserside IP LLC.

2. At all times relevant and in or about late 2010, I was aware of and approved of the formation of Fraserside IP LLC and the subsequent transfer ownership of copyrights and trademarks from various Private Media Group Inc. entities including Cine Craft Limited, a Gibraltar based company and Fraserside Holdings Limited, a Cyprus based company.

3. The enforcement of copyright and trademark rights are in the ordinary course of business for a media entity such as Private Media Group Inc. and Fraserside IP LLC.

4. I am not aware of any directors or officers that did not support the formation of Fraserside IP LLC or the subsequent transfers of copyrights and trademarks at issue.

5. As the enforcement of copyright and trademark rights are in the ordinary course of business and no opposition from any director was noted, the formation of Fraserside IP LLC and subsequent transfers of copyrights and trademarks did not violate any court order.

6. Fraserside IP LLC is the legal owner of the copyrights and trademark rights it claims and has been, at all times relevant, the legal and sole owner of the copyrights and trademarks it claims.

7. I have been in communication with Attorney Chad Belville, who represents Fraserside IP LLC in various matters, including civil complaints filed in the United States District Court for the Northern District of Iowa, since prior to the formation of Fraserside IP LLC

8. The continued prosecution of these complaints and enforcement of Fraserside IP LLC's intellectual property rights by Attorney Chad Belville has been and continues to be done with my knowledge and support.

Signed under penalty of perjury this 11th day of November, 2011

*/s/ James Moran*

James Moran

EXHIBIT E

DECLARATION OF PHILIP CHRISTMAS

I, PHILIP CHRISTMAS, being duly sworn, do depose and state as follows:

1. I am of legal age. I am the Finance Director of Milcap Media Group SLU ("MMG"), principal operating subsidiary of Private Media Group Inc. I have personal knowledge of the matters stated below and could testify competently to them if called to do so. This Declaration is submitted in support of Plaintiff Fraserside IP LLC.

2. At all times relevant and in or about late 2010, I was aware of the formation of Fraserside IP LLC.

3. In my position as Finance Director of MMG, I have been in communication with Attorney Chad Belville on a number of occasions, since the formation of Fraserside IP LLC.

4. Enforcement of Fraserside IP LLC's intellectual property rights by Attorney Chad Belville has been and continues to be done with my knowledge and support.

Signed under penalty of perjury this 11 day of November, 2011

_____
Philip Christmas