# UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) )  |
|  | ) **CASE NO. 11-cv-3025-MWB** |
| Plaintiffs, | ) |
|  | ) **DEFENDANT HAMMY MEDIA,** |
| vs. | ) **LTD. d/b/a Xhamster.com's** |
|  | ) **MOTION FOR EXTENSION OF** |
| HAMMY MEDIA, LTD. d/b/a | ) **TIME TO FILE LR 7.1 DISCLOSURE** |
| Xhamster.com and www.xhamster.com and | ) **STATEMENT** |
| JOHN DOES 1 – 100 and JOE DOE | ) |
| COMPANIES 1 – 100 | ) |
|  | ) |
| Defendants. | ) |

Defendant Hammy Media, Ltd., d/b/a Xhamster.com, moves for an extension of time to file its LR7.1 Disclosure Statement and in support states:

1.    Defendant's LR 7.1 Disclosure Statement is overdue.

2.    Representatives of Defendant are located in various locations abroad and although they are gathering the required information, they require more time to be certain the Disclosure Statement is complete.

3.    Defendant requests until December 9, 2011 to file the Disclosure Statement.

4.    This is the only request by Defendant Hammy Media, Ltd., d/b/a Xhamster.com to extend the 7.1 Disclosure Statement deadline.

5.    Defendant Hammy Media, Ltd., d/b/a Xhamster.com has filed a Motion to Dismiss in this case and to date no Ruling has been made.

6. Pursuant to LR 7(l), the undersigned has conferred with counsel for Plaintiff regarding this request and has been advised that Plaintiff will not agree to the requested ten (10) day extension.

WHEREFORE, Defendant Hammy Media, Ltd., d/b/a Xhamster.com, respectfully requests that the Court grant it up to and including December 9, 2011, to file its LR7.1 Disclosure Statement.

/s/Evan Fray-Witzer
Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Phone: (617) 723-5630
Fax: (617) 507-8043
E-MAIL: Evan@CFWLegal.com

/s/Valentin Gurvits
Valentin Gurvits
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA 02459
BBO # 643572
Phone: (617) 928-1800
Fax: (617) 928-1802
e-mail: vgurvits@bostonlawgroup.com

/s/Connie Alt
CONNIE ALT              AT0000497
JENNIFER E. RINDEN      AT0006606
                for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:       (319) 365-9461

FAX:        (319) 365-8564
cma@shuttleworthlaw.com
jer@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT
HAMMY MEDIA, LTD. d/b/a Xhamster.com

Copy to:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

<div style="border:1px solid black; padding:8px;">

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on 11/30/11 by:

[ x ] Electronically via ECF for ECF registrants
[   ] U.S. Mail _____
[   ] Fax _____
[   ] Fed Ex _____
[   ] Hand Delivered _____
[   ] other _____

    **/s/ Julie A. Miller**_____

</div>