Chad Belville IA Bar 015731
304 East Beth Drive
Phoenix, AZ 85042
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>An Iowa Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>Hammy Media Ltd., dba Xhamster.com ,<br>And ww.Xhamster.com, and John Does 1 –<br>100 and John Doe Companies 1 - 100<br><br>Defendant(s).<br>_____ | No. 3:11-cv-03025-MWB<br><br>**RESISTANCE TO MOTION FOR EXTENSION OF TIME TO FILE LR 7.1 DISCLOSURE STATEMENT** |

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad Belville, and RESISTS Defendant's Motion for Extension of Time to File LR 7.1 Disclosure Statement in its entirety. In support of it Resistance to Motion, Plaintiff provides the following facts:

1. On August 23, 2011, Defense Counsel filed a "Motion for Leave to File Amicus" along with a brief and several exhibits.

2.	August 25, 2011 a telephonic hearing was held before the Honorable Magistrate Paul Zoss where Counsel for Defendant Hammy Media Ltd. agreed to accept service on behalf of his client Hammy Media Ltd.

3.	September 19, 2011 Counsel for Defendant Hammy Media Ltd. filed a Motion to Dismiss.  This is now twenty-five days after Defense Counsel agreed to accept service on behalf of the Defendant.

4.	Defendant Hammy Media Ltd. operates an international website that is ranked by Alexa Ranking as the 55th busiest website in the world, with more internet visitors per day than WalMart.com.  It can be presumed the Defendant understands how to use electronic communication.

5.	On November 30, 2011, approximately ONE HUNDRED days after Defense Counsel agreed to accept service on behalf of Defendant Hammy Media Ltd., Defense Counsel now purports to require an additional ten days to gather data as to the identity of its client.

	In today's world of instantaneous electronic global communication, Defense Counsel's claim that it needs ten additional days on top of the 100 days it has already used to determine the identity of its client is not believable. The information required could be transmitted using email in less than one minute from any internet connection in the world.  Defendant has no fewer than four named attorneys to prepare this simple document. There is no excuse for requesting additional time for a LR 7.1 Disclosure Statement this far along.

Plaintiff RESISTS the Motion in its entirety and requests that the Court order the filing of Defendant's LR 7.1 Disclosure no later than close of business Friday, December 2, 2011.

Date: November 30, 2011               Respectfully submitted,


                                      By:    /s/ Chad L. Belville

                                      Chad L. Belville
                                      cbelville@azbar.org
                                      Chad Belville, Attorney at Law
                                      Attorney for Plaintiff
                                      Iowa Bar # 015731

Physical Address                      304 East Beth Drive
                                      Phoenix, AZ 85042

MAILING ADDRESS:                      P.O. Box 17879
                                      Phoenix, AZ 85066

                                      Telephone: 602-904-5485
                                      FAX: 602-297-6953
                                      E-mail cbelville@azbar.org
                                      ATTORNEY FOR PLAINTIFF

Certificate of Service

I, Chad Belville, Attorney for Plaintiff, hereby certify that on November 30, 2011 a copy of this Resistance to Defendants' Motion was served upon the Attorneys for Defendants, listed as Connie M. Alt, Jennifer Rinden, Valentin Gurvits, and Evan Fray-Witzer, through the Courts Electronic Case Filing System.

/s/ Chad L. Belville