IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>HAMMY MEDIA LTD., d/b/a XHAMSTER.COM and John Does 1-100 and John Doe Companies 1-100,<br><br>    Defendants. | No. C11-3025-MWB<br><br>**ORDER** |

The defendant Hammy Media's resisted motion for extension of time to file LR 7.1 disclosure statement (Doc. No. 45) is **granted**.[1] The disclosure statement is to be filed by December 15, 2011.

**IT IS SO ORDERED.**

**DATED** this 5th day of December, 2011.

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

---

[1] The purpose of the LR 7.1 disclosure statement is to permit the judges of the court to conduct a meaningful conflicts check. Unless the plaintiff believes there is such a conflict, it has no real interest in the timing of the filing the defendant's disclosure statement.