UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **FRASERSIDE IP LLC, an Iowa Limited Liability Company,** | )<br>)<br>) CASE NO. 11-cv-3025-MWB |
| Plaintiffs, | )<br>) |
| vs. | ) DISCLOSURE STATEMENT OF<br>) HAMMY MEDIA, LTD., d/b/a |
| **HAMMY MEDIA, LTD. d/b/a Xhamster.com and www.xhamster.com and JOHN DOES 1 – 100 and JOE DOE COMPANIES 1 – 100,** | ) Xhamster.com<br>)<br>)<br>)<br>) |
| Defendants. | |

As required by LR 7.1 and LR 81.(c) and (d), Defendant Hammy Media Ltd., d/b/a Xhamster.com provides the following information to the Court:

(a) The following are the names of all associations, firms, partnerships, corporations and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in this case:

None.

(b) With respect to each entity named in response to subparagraph (a), the following describes its connection to or interest in the litigation, or both:

Not applicable.

/s/Evan Fray-Witzer
Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Phone: (617) 723-5630
Fax: (617) 507-8043
E-MAIL: Evan@CFWLegal.com


/s/Valentin Gurvits

Valentin Gurvits
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA 02459
BBO # 643572
Phone: (617) 928-1800
Fax: (617) 928-1802
e-mail: vgurvits@bostonlawgroup.com



/s/Jennifer E. Rinden
CONNIE ALT	AT0000497
JENNIFER E. RINDEN	AT0006606
	for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:	(319) 365-9461
FAX:	(319) 365-8564
jer@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT
HAMMY MEDIA, LTD. d/b/a Xhamster.com

2

Copy to:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ 85066

> **CERTIFICATE OF SERVICE**
>
> The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on 12/15/11 by:
>
> [ x ] Electronically via ECF for ECF registrants
> [ ] U.S. Mail _____
> [ ] Fax _____
> [ ] Fed Ex _____
> [ ] Hand Delivered _____
> [ ] other _____
>
>    /s/ Julie A. Miller

3

Case 3:11-cv-03025-MWB   Document 48   Filed 12/15/11   Page 3 of 3