UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, )<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>HAMMY MEDIA, LTD. d/b/a )<br>Xhamster.com and www.xhamster.com and )<br>JOHN DOES 1 – 100 and JOE DOE )<br>COMPANIES 1 – 100, )<br>)<br>**Defendants.** ) | CASE NO. 11-cv-3025-MWB<br><br>DEFENDANT HAMMY MEDIA, LTD.'S PARTIAL WITHDRAWAL OF MOTION TO DISMISS |

Defendant Hammy Media, Ltd., hereby withdraws two of the grounds asserted in its motion to dismiss and in support states:

1. On September 19, 2011, Defendant filed a Motion to Dismiss asserting three distinct and independent grounds for the motion.

2. Without waiving any defenses it may have, at this time, Defendant withdraws the Fed. R. Civ. P. 12(b)(1) and 12(b)(6) challenges only.

3. The only remaining issue before the Court on Defendant's Motion to Dismiss is the challenge to personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

WHEREFORE, Defendant Hammy Media, ltd., respectfully requests it be permitted to withdraw only those challenges pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

/s/Evan Fray-Witzer
Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Phone: (617) 723-5630
Fax: (617) 507-8043
E-MAIL: Evan@CFWLegal.com


/s/Valentin Gurvits

Valentin Gurvits
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Centre, MA 02459
BBO # 643572
Phone: (617) 928-1800
Fax: (617) 928-1802
e-mail: vgurvits@bostonlawgroup.com


/s/Jennifer E. Rinden
CONNIE ALT         AT0000497
JENNIFER E. RINDEN   AT0006606
       for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:    (319) 365-9461
FAX:      (319) 365-8564
jer@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT
HAMMY MEDIA, LTD. d/b/a Xhamster.com

Copy to:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

| CERTIFICATE OF SERVICE |
|---|
| The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on December 21, 2011, by:<br><br>[ x ] Electronically via ECF for ECF registrants<br>[ ] U.S. Mail _____<br>[ ] Fax _____<br>[ ] Fed Ex _____<br>[ ] Hand Delivered _____<br>[ ] other _____<br><br>**Julie A. Miller**_____ |