UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa LLC, ) | |
| ) | CASE NO. C11-3025 MWB |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| JOHN DOES 1-100, JOHN DOE ) | |
| COMPANIES 1-100, NAMECHEAP, INC, d/b/a ) | |
| WhoIsGuard, & HAMMY MEDIA LTD, d/b/a ) | |
| Xhamster.com and www.xhamster.com, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED THAT:

Plaintiff take nothing and this action is dismissed.

IT IS FURTHER ORDERED THAT:

Defendant Namecheap, Inc was dismissed by Order of the Court on October 4, 2011.

DATED: January 17, 2012         Robert L. Phelps
                                Clerk of Court, US District Court
                                Northern District of Iowa

                                S/src
                                By: Deputy Clerk