UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION


FRASERSIDE IP LLC, an Iowa LLC,     )
                )      CASE NO. C11-3025 MWB
       Plaintiff,       )
                )
                )
       vs.           )      JUDGMENT
                )
JOHN DOES 1-100, JOHN DOE      )
COMPANIES 1-100, NAMECHEAP, INC, d/b/a  )
WholsGuard, & HAMMY MEDIA LTD, d/b/a  )
Xhamster.com and www.xhamster.com,  )
                )
       Defendants.     )
                )


      This matter came before the Court.  The issues have been decided and a decision has been

rendered.

      IT IS ORDERED THAT:

      Plaintiff take nothing and this action is dismissed.

      IT IS FURTHER ORDERED THAT:

      Defendant Namecheap, Inc was dismissed by Order of the Court on October 4, 2011.



DATED: January 17, 2012            Robert L. Phelps
                                  Clerk of Court, US District Court
                                  Northern District of Iowa

                                  S/src
                                  By: Deputy Clerk