AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Iowa__ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>C 11-3025 | DATE FILED<br>5/23/2011 | U.S. DISTRICT COURT<br>Northern District of Iowa |
|---|---|---|
| PLAINTIFF<br>Fraserside IP LLC, an Iowa LLC | | DEFENDANT<br>WhoIsGuard d/b/a XHamster.com; John Does 1-100; John Doe Companies 1-100 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1014975 | 7/1/1975 | Fraserside IP LLC |
| 2 | 3188677 | 12/26/2006 | Fraserside IP LLC |
| 3 | 3389749 | 5/26/2008 | Fraserside IP LLC |
| 4 | 3137445 | 9/5/2006 | Fraserside IP LLC |
| 5 | 2875138 | 8/17/2004 | Fraserside IP LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

See attached memorandum opinion and order with judgment.

| CLERK<br>Robert L. Phelps, II | (BY) DEPUTY CLERK<br>S/ sm | DATE<br>1-17-12 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy